UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE NEW YORK DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS VACATION FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS        07 CV _____
ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN            CIVIL RULE 7.1
RETRAINING, EDUCATIONAL AND INDUSTRY FUND,          STATEMENT
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
CHARITY FUND, by their Trustees Michael J. Forde and Paul
O'Brien. And NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT CORPORATION

                            Plaintiffs,

        -against-

KW CONSTRUCTION INC., as Successor to
K W GENERAL CONTRACTOR, INC. and
JOHN WHYTE d/b/a KW CONSTRUCTION, INC.,
and JOHN WHYTE, individually,

                            Defendants.
-----------------------------------------------------------------------X

   PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO
ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE
DISQUALIFICATIONS OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR THE
PLAINTIFFS (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING
ARE CORPORATE PARENTS, SUBSIDIARIES, OR PUBLICLY HELD CORPORATIONS THAT
OWN 10% OR MORE OF ITS STOCK:

                            NONE

Dated: New York, New York
       September 11, 2007

                                        _____
                                        BRIAN O'DWYER (BOD 9522)
                                        O'Dwyer & Bernstien, LLP
                                        Attorneys for Plaintiffs
                                        52 Duane Street
                                        New York, New York 10007
                                        (212) 571-7100