TRIVELLA, FORTE & SMITH, LLP
*Attorneys for the Defendants*
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
(914) 949-9075

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

| | |
|---|---|
| THE NEW YORK DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS VACATION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS CHARITY FUND, by their Trustees Michael J. Forde and Paul O'Brien and NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, | Case Number: 07-CV-8008 (RJS)  **RULE 7.1 STATEMENT** |

                                        Plaintiffs,

        -against-

KW CONSTRUCTION, INC., as Successor to K W GENERAL CONTRACTOR, INC. and JOHN WHYTE d/b/a KW CONSTRUCTION, INC., and JOHN WHYTE, individually,

                                        Defendants.
-----------------------------------------------------------------------x

SIRS:

      Pursuant to Rule 7.1 [formerly local general Rule 1.9] of the Local Rules of the United States District Court for the Southern District of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the

Defendants, KW CONSTRUCTION, INC. i/s/h/a KW CONSTRUCTION, INC., as Successor to K W GENERAL CONTRACTOR, INC. and JOHN WHYTE d/b/a KW CONSTRUCTION, INC., and JOHN WHYTE, individually, certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

**NONE.**

Dated: White Plains, New York
       November 26, 2007

                                              Yours, etc.,
                                              TRIVELLA, FORTE & SMITH, LLP

                                              BY: RAQUEL A. WILLIAMS, ESQUIRE (RW 4641)
                                              *Attorneys for the Defendants*
                                              1311 Mamaroneck Avenue, Suite 170
                                              White Plains, New York 10605
                                              (914) 949-9075

To:    BRIAN O'DWYER, ESQ.
       O'DWYER & BERNSTEIN, LLP
       *Attorneys for the Plaintiffs*
       52 Duane Street
       New York, New York 10007
       (212) 571-7100

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF WESTCHESTER       )

MICHELLE SALERNO, being duly sworn, deposes and says:

That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the 27th day of November, 2007, I served the within RULE 7.1 STATEMENT in the action <u>The New York District Council of Carpenters et al. v. KW Construction Inc. et al.</u>, 07-CV-8008 (RJS) upon:

BRIAN O'DWYER, ESQ.
O'DWYER & BERNSTEIN, LLP
52 Duane Street
New York, New York 10007

by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
MICHELLE SALERNO

Sworn to before me this
27th day of November, 2007.

_____
Notary Public

RAQUEL A. WILLIAMS
Notary Public, State of New York
No. 02WI6072574
Qualified in Westchester County
Commission Expires April 8, 2010

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2007, I served the foregoing RULE 7.1 STATEMENT on Brian O'Dwyer, Esq. of O'Dwyer & Bernstein, LLP, Attorneys for the Plaintiffs, by electronic mail in the matter of The New York District Council of Carpenters et al. v. KW Construction Inc. et al., 07-CV-8008 (RJS).

TRIVELLA, FORTE & SMITH, LLP

BY: RAQUEL A. WILLIAMS, ESQUIRE (RW 4641)
*Attorneys for the Defendants*
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
Telephone: (914) 949-9075

4