```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NY Dist. Council of Carpenters
Pension Fund, et al.
                            Plaintiff[s],

        -v-

KW Construction, Inc., et al.

                            Defendant[s].

No. 07 Civ. 08008 (RJS)
CASE MANAGEMENT PLAN AND
SCHEDULING ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

At the conference before the Court held on **01/08/2008**, this Case Management Plan and Scheduling Order was adopted in accordance with Rules 16-26(f) of the Federal Rules of Civil Procedure.

1. All parties (consent)/(**do not consent**) to disposition of this case by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c) [circle one]. [If all consent, the remainder of the Order need not be completed at this time.]

2. This case (is)/(**is not**) to be tried to a jury [circle one].

3. No additional parties may be joined except with leave of the Court.

4. Amended pleadings may not be filed except with leave of the Court.

5. Initial disclosures pursuant to Rule 26(a)(1) will be completed not later than **01/22/2008** [absent exceptional circumstances, within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f)].

6. All *fact* discovery is to be completed no later than **05/7/2008** [a period not to exceed 120 days unless the Court finds that the case presents unique complexities or other exceptional circumstances].

7. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery completion date in ¶ 6 above:

    a. Initial requests for production of documents to be served by 02/07/2008.

    b. Interrogatories to be served by 02/07/2008.

    c. Depositions to be completed by 04/07/2008.

       i. Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

       ii. There is no priority in deposition by reason of a party's status as plaintiff or defendant.

       iii. Unless the parties agree or the Court so orders, non-party depositions shall follow initial party depositions.

    d. Requests to Admit to be served no later than 04/14/2008.

8. All *expert* disclosures, including reports, production of underlying documents and depositions are to be completed by: May 12, 2008

    a. Expert(s) of Plaintiff(s) ~~04/21/2008~~.

    b. Expert(s) of Defendant(s) ~~04/21/2008~~ 5/12/2008

9. All discovery is to be completed no later than ~~5/31/2008~~ 5/16/2008

10. The Court will schedule a post-discovery status conference (see ¶ 16) within three weeks of the close of all discovery. June 6, 2008

11. Pre-motion letters regarding dispositive motions, if any, are to be submitted no later than two weeks prior to the post-discovery status conference date listed in ¶ 16. In accord with this Court's Individual Rule 2.A, response letters thereto are to be submitted within three business days from service of the initial pre-motion letter. Premotion letters to be submitted by 5/16/2008; Responses by 5/21/2008

12. All counsel must meet for at least one hour to discuss settlement not later than two weeks following the close of fact discovery. Accordingly, Counsel for the parties

have discussed holding a settlement conference before a Magistrate Judge or the Southern District's Mediation Program and request: [check one]

a. __X__ Referral to a Magistrate Judge for settlement discussions

*MJ Freeman will contact the parties by the end of March 2008.*

b. _____ Referral to the Southern District's Mediation Program

13. The parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practice Rule 3 and Rule 26(a)(3). If this action is to be tried before a jury, proposed *voir dire*, jury instructions, and a verdict form shall be filed with the Joint Pretrial Order. Counsel are required to meet and confer on jury instructions and verdict form in an effort to make an agreed upon submission.

14. Parties have conferred and their present best estimate of the length of trial is __One (1) Week__.

---

**TO BE COMPLETED BY THE COURT:**

15. [Other directions to the parties:]

16. The post-discovery status conference is scheduled for __June 6, 2008__ at __10:00 am__

SO ORDERED.

DATED:   New York, New York
         __Jan. 8__, 200__8__



RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

~~November 27, 2007~~