UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND
BY TRUSTEE MICHAEL J. FORDE, ET AL
                 **Plaintiff.**

-v-

KW CONSTRUCTION, INC. *SUCCESSOR IN
INTEREST*, KW GENERAL CONTRACTOR,
INC., ET AL
                 **Defendants.**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

Case No. 1:07-cv-08008-RJS
REFERRAL ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Freeman for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement* -the parties request a conference at the end of March, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ___

* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:   New York, New York
          Jan. 8, 2008

/s/ Richard J. Sullivan
RICHARD J. SULLIVAN
United States District Judge