**UNITES STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL         Civil Action No. 07-CV-
AND INDUSTRY FUND, NEW YORK CITY           08008)(JJS)
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT                **NOTICE OF**
COOPERATION FUND, by MICHAEL J. FORDE, and **APPEARANCE**
JOSEPH OLIVIERI, as TRUSTEES,

                         Petitioners,

        -against-

JOHN WHYTE d/b/a KW CONSTRUCTION, INC.,
JOHN WHYTE, a.k.a. JOHN WHITE individually,
NASHEEMA RAMJOHN, a.k.a. NASHEEMA
WHYTE, WASHINGTON MUTUAL BANK, FA

                         Respondents.
----------------------------------------------------------------X

TO THE CLERK OF THE COURT:

   PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action, as an attorney for plaintiffs, and requests that all papers served relating to the above matter, including papers filed electronically, be served to the undersigned at the following address and email:

Dated: December 27, 2007
      New York, New York

                           O'DWYER & BERNSTIEN, LLP
                           Attorneys for Plaintiffs
                           52 Duane Street
                           New York, NY 10007
                           (212) 571-7100
                           nhanlon@odblaw.com

                 By: _____
                           Nicholas S. Hanlon (NH0001)