UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, *et al.*,

           Plaintiffs,

-v-

KW CONSTRUCTION, INC., as Successor
to KW GENERAL CONTRACTOR, INC.,
and JOHN WHYTE, d/b/a KW
CONSTRUCTION, INC., and JOHN
WHYTE, individually,

           Defendants.

---

No. 07 Civ. 8008 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
#
FILED: 3/17/08

RICHARD J. SULLIVAN, District Judge:

    At the conference held before the Court on March 14, 2008, the Court adopted the following directives:

    In the event that the parties are able to reach an agreement regarding the non-transfer of defendant John Whyte's assets pending a hearing in this action, they shall submit a joint stipulation and proposed order to the Court forthwith.

    The parties shall submit a letter regarding their respective positions on the consolidation of this action with two other actions, Nos. 05 Civ. 4021 and 08 Civ. 387, currently pending before the Honorable John G. Koeltl, District Judge, by March 25, 2008.

    Defendant Whyte shall submit his opposition to plaintiffs' outstanding application for an order of attachment by March 25, 2008.

    Plaintiffs' shall submit their reply, if any, by March 27, 2008.

    The parties shall appear for a hearing in this action on March 28, 2008, at 10:00 a.m. in the United States District Court, Courtroom 21C, 500 Pearl Street, New York, New York.

SO ORDERED.

DATED:    New York, New York
              March 14, 2008

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE