UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, *et al.*,

                Plaintiffs,

-v-

KW CONSTRUCTION, INC., as Successor
to KW GENERAL CONTRACTOR, INC.,
and JOHN WHYTE, d/b/a KW
CONSTRUCTION, INC., and JOHN
WHYTE, individually,

                Defendants.

No. 07 Civ. 8008 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

RICHARD J. SULLIVAN, District Judge:

    At oral argument regarding plaintiffs' application for an order of attachment held before the Court on March 28, 2008, the Court adopted the following directives:

    Defendants shall submit their sur-reply to plaintiffs' application by April 11, 2008.

    Plaintiffs shall submit their response thereto by April 18, 2008.

    The stipulation and order entered into by the parties on March 19, 2008, shall remain in full force and effect, on consent of the parties, pending resolution of plaintiff's application for an order of attachment.

SO ORDERED.

DATED:    New York, New York
                March 28, 2008

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE