# TRIVELLA, FORTE & SMITH
### ATTORNEYS AT LAW
1311 MAMARONECK AVENUE
SUITE 170
WHITE PLAINS, NEW YORK 10605
(914) 949-9075
TELECOPIER (914) 949-4752



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

April 10, 2008

**VIA FACSIMILE 212-805-7946:**

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re:  The New York District Council of Carpenters Pension Fund et al. v. KW Construction Inc. et al.
     Docket Number: 07-CV-8008

Dear Judge Sullivan:

Counsel for the parties jointly request a one week extension of the current briefing schedule for submitting supplemental briefing on the plaintiffs' motion for an order of attachment. The current schedule is: Defendants' brief due 4/11/08; Plaintiffs' Brief due 4/18/08.

The parties also jointly request a two week extension of the current discovery schedule since this action has recently been consolidated with the action New York District Council of Carpenters Pension Fund et al. v. KW Construction Inc. et al., 08-CV-387(JGK).

Thank you for the Court's kind attention to this matter. Please notify this office of the Court's decision.

Very truly yours,

CHRISTOPHER A. SMITH (CS 9014)

SO ORDERED
[signed] RICHARD J. SULLIVAN U.S.D.J.
4/10/08

CAS/ms
cc: N. Hanlon, Esq. (Attorney for the plaintiffs)(via facsimile)