

| BRIAN O'DWYER | **O'DWYER & BERNSTIEN, LLP** | PAUL O'DWYER (1907-1996) |
|---|---|---|
| GARY SILVERMAN | ATTORNEYS AT LAW | OSCAR BERNSTIEN (1885-1974) |
| CHRISTOPHER DOWNES* | PAUL O'DWYER WAY | FRANK DURKAN (1930-2006) |
| VICTOR GRECO | 52 DUANE STREET | |
| CODY K. McCONE | NEW YORK, N.Y. 10007 | OF COUNSEL: |
| GARY P. ROTHMAN* | (212) 571-7100 | THOMAS J. HUGHES, JR. |
| MARIANNA O'DWYER | (516) 248-4224 | ANNE M. PAXTON |
| STEVEN ARIPOTCH | FAX (212) 571-7124 | MICHAEL CARROLL |
| J. P. DELANEY | | CRAIG R. NUSSBAUM ** |
| RAÚL GARCÍA | | |
| ROBERT DUNNE | | * ALSO ADMITTED IN NJ |
| JASON S. FUIMAN* | | ** ALSO ADMITTED IN CT |
| M. GLADYS T. ORANGA | | ° ALSO ADMITTED IN PA & NJ |
| ANDREW R. BRABOIS | | *J.D. NOT ADMITTED |
| NICHOLAS HANLON | | |
| HELI WROBEL | | Writer's Direct Dial |
| JOY R. MELE* | | |
| DAVID P. OFENLOCH* | | |

(stamp: MEMO ENDORSED)
(stamp: ELECTRONICALLY FILED / D: 4/28/08)

April 24, 2008

**VIA FACSIMILE 212-805-7946:**
Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

Re: The New York District Council of Carpenters Pension Fund *et al.* v. KW Construction Inc. *et al.*
Docket Number: 07-CV-8008

Dear Judge Sullivan:

Counsel for the parties jointly request a one week extension of the current briefing schedule for submitting supplemental briefing on the plaintiffs' motion for an order of attachment. The current schedule is: Defendants' brief due 4/18/08; Plaintiffs' Brief due 4/25/08.

The parties also jointly request an extension of the current discovery schedule such that the deadline for fact discovery and requests to admit is May 9, 2008.

Thank you for the Court's kind attention to this matter.

Very truly yours,

/s/ Nicholas Hanlon
NICHOLAS HANLON (NH 0001)

SO ORDERED
Dated: 4/24/08
RICHARD J. SULLIVAN
U.S.D.J.

CAS/ms
cc: C. Smith, Esq. (Attorney for the defendants)(via facsimile and e-mail)