UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
WELFARE FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS VACATION
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS ANNUITY FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY          07-CV-08008 (RJS)
DISTRICT COUNCIL OF CARPENTERS
CHARITY FUND, by their Trustees Michael J.
Forde and Paul O'Brien, and NEW YORK CITY
AND VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION,

                        Plaintiffs,

   -against-

KW CONSTRUCTION INC., as Successor to K W
GENERAL CONTRACTOR, INC. and JOHN
WHYTE d/b/a KW CONSTRUCTION, INC., and
JOHN WHYTE, individually,

                      Defendants.
------------------------------------------------------------X

      SCOTT DANIELSON, declares as follows under penalty of perjury

pursuant to 28 U.S.C. 1746:

      1.    I am employed by the District Council of New York City and

Vicinity of the United Brotherhood of Carpenters and Joiners of America

("District Council") as the supervisor of the Out of Work List office, and I serve as a staff investigator on the District Council's Anti-Corruption Committee.

2. Annexed as Exhibit "12" is a true and correct copy of an affidavit of Bienvenido Rivera ("Rivera Affidavit") sworn to in my presence on May 22, 2007.

3. I am the custodian of the original affidavit from which the annexed copy was made, and said affidavit is maintained by my office in the ordinary course of business of the Anti-Corruption Committee.

4. The Rivera Affidavit was obtained in the course of an investigation I conducted in my capacity as a staff investigator for the District Council's Anti-Corruption Committee.

5. Bienvenido Rivera read and signed the annexed affidavit in my presence, and I notarized his signature.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 14, 2008

_____
SCOTT DANIELSON

BIENVENIDO RIVERA
520 ISHAM ST, APT 43B
NEW YORK, NY 10034



# NYCDC INVESTIGATIVE INTERVIEW
### 395 HUDSON STREET NEW YORK, NY 10014
### ANTI-CORRUPTION DIVISION

COMPANY NAME: KW            CODE#: WALKIN

CASE #: _____  RT#: _____  INTERVIEW SUMMONS#: _____

MEMBER NAME: Bienvenido Rivera       LOCAL: 608

UBC II
ADDR: BIENVENIDO RIVERA
520 ISHAM ST, APT 43B
NEW YORK, NY 10034

INT DATE: _____

HOME PHONE#: 212-569-5136    CELL PHONE#: NONE
DATE OF INTERVIEW: 5-22-07    COMPANY CELL: _____
INTERVIEWER: DANIELSEN       INTERVIEWER: B. OGMAY
INTERVIEWER: KANE            INTERVIEWER: _____

JOB SITE LOCATION: _____

WHAT TYPE OF JOB  ☐ PRIVATE    ☐ PREVAILING WAGE

NAME OF AGENCY: _____

NAME OF GENERAL CONTRACTOR: _____

IS MEMBER A SHOP STEWARD?  ☒ YES   ☐ NO

MEMBER'S ROLE: $ ON SITE

SWORN STATEMENT:  ☒ YES   ☐ NO   ☐ REFUSED

START TIME: 6:42 PM        END TIME: 7:25 PM

FOR OFFICIAL USE ONLY
CONFIDENTIAL

Case 1:07-cv-08008-RJS   Document 18-3   Filed 05/02/2008   Page 5 of 7

NEW YORK DISTRICT COUNCIL
395 HUDSON STREET
NEW YORK, NY 10014

# AFFIDAVIT

STATE OF NEW YORK)
                )ss.
County of New York)

BIENVENIDO RIVERA, being duly sworn, depose and state:
         (DEPONENT)

I, BIENVENIDO RIVERA, As A Member of The Carpenters Union Make The Following Allegations Of Fact:

I am asking Bernie to write this statement. I worked for KW Construction in June 2003 at the Bronx High School of Law. I was the Shop Steward sent off the list. John Whyte, the owner to keep men off the sheet and to work overtime for cash. I worked Saturday, Sunday and nights off the books and he gave me $50.00 a man to keep off the sheet. There was 4 men I kept off the sheet. All 9 of us worked the overtime. I knew this was wrong, but I did it for the money.

One other time in 2005 the owner of Tim's Hardwood Floor gave me 2 checks

The foregoing factual allegations are based upon personal knowledge of the deponent. It is a crime, punishable as a class a misdemeanor under the laws of the state of New York, for a person, in and by a written instrument, to knowingly make a false statement which such person does not believe to be true.

(SIGNATURE)

SUBSCRIBED AND SWORN TO (AFFIRMED) BEFORE ME
THIS 22 DAY OF MAY, 2007

(NOTARY PUBLIC)

SCOTT C DANIELSON
Notary Public - State of New York
NO. 01DA6061242
Qualified in Orange County
Certificate Filed New York County
My Commission Expires July 16, 2007

NEW YORK DISTRICT COUNCIL
395 HUDSON STREET
NEW YORK, NY 10014

# AFFIDAVIT

STATE OF NEW YORK)
                 )ss.
County of New York)

I, BIENVENIDO RIVERA, being duly sworn, depose and state:
               (DEPONENT)

I, BIENVENIDO RIVERA, As A Member of The Carpenters Union Make The Following Allegations Of Fact:

OF $300.00 B.R. EACH to Keep 2 MEN OFF The Shop Steward Reports. I Read This Statement Out Loud And I Understand It.

The foregoing factual allegations are based upon personal knowledge of the deponent. It is a crime, punishable as a class a misdemeanor under the laws of the state of New York, for a person, in and by a written instrument, to knowingly make a false statement which such person does not believe to be true.

(SIGNATURE)

SUBSCRIBED AND SWORN TO (AFFIRMED) BEFORE ME
THIS ___ DAY OF _____, 20 07

(NOTARY PUBLIC)

SCOTT C DANIELSON
Notary Public - State of New York
NO. 01DA6061242
Qualified in Orange County
Certificate Filed New York County
My Commission Expires July 16, 2007

```
*********************
***  TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4693 |
| RECIPIENT ADDRESS | 912123667363 |
| DESTINATION ID | |
| ST. TIME | 02/14 15:52 |
| TIME USE | 02'23 |
| PAGES SENT | 5 |
| RESULT | OK |

# O'DWYER & BERNSTIEN, LLP
### Attorneys at Law
52 Duane Street, 5th Floor
Paul O'Dwyer Way
New York, New York 10007
(212) 571-7100 (Office)
(212) 571-7124 (Fax)

Brian O'Dwyer
Gary Silverman
Christopher Downes*
Victor Greco
Cody K. McCone
Gary P. Rothman*
***************
Steven Aripotch
J.P. Delaney
Raul Garcia
Robert Dunne
Jason S. Fulman△
M. Gladys T. Oranga
Andrew R. Grabois
Nicholas Hanlon
Helen Wrobel
David P. Ofenloch
Joy Mele

Paul O'Dwyer (1907-1998)
Oscar Bernstien (1885-1974)
Frank Durkan (1930-2006)

Of Counsel
Thomas J. Hughes, Jr.
Anne M. Paxton
Michael Carroll
Craig R. Nussbaum

*Also admitted in NJ
**Also admitted in CT

## Facsimile Cover Sheet

Date: February 14, 2008

**To:** Scott Danielson, OWL Supervisor
(212) 366-7363

**CC:**

**From:** Yajaira Rosario for Gary Silverman, Esq.

**Re:** KW Construction

**# pages, including cover:** 5

**Comments:**

---

CONFIDENTIALITY NOTE: The documents accompanying this fax cover sheet contain information from the law firm of O'DWYER & BERNSTIEN, LLP which is confidential and/or legally privileged. The information is intended for the use of the individual or entity named on this transmittal sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this faxed information is strongly prohibited, and in this regard, if you have received this fax in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at no cost to you. Thank you. If this transmission is incomplete or illegible, please contact us at (212) 571-7100.