Page 75



Fiserv IP Images - 03/31/2004



Fiserv IP Images - 03/31/2004



Fiserv IP Images - 05/31/2004



Fiserv IP Images - 05/31/2004