

*450610607DEDI*

| Control Number | WIID Number | Instrument Type |
|---|---|---|
| 450610607 | 2005061-000238 | DED |



WESTCHESTER COUNTY RECORDING AND ENDORSEMENT PAGE
(THIS PAGE FORMS PART OF THE INSTRUMENT)
*** DO NOT REMOVE ***

THE FOLLOWING INSTRUMENT WAS ENDORSED FOR THE RECORD AS FOLLOWS:

TYPE OF INSTRUMENT  DED - DEED
FEE PAGES  4          TOTAL PAGES  4

### RECORDING FEES

| STATUTORY CHARGE | $6.00 |
| RECORDING CHARGE | $12.00 |
| RECORD MGT. FUND | $19.00 |
| RP 5217 | $75.00 |
| TP-584 | $5.00 |
| CROSS REFERENCE | $0.00 |
| MISCELLANEOUS | $0.00 |
| TOTAL FEES PAID | $117.00 |

### TRANSFER TAXES

| CONSIDERATION | $0.00 |
| TAX PAID | $0.00 |
| TRANSFER TAX # | 15671 |

RECORDING DATE     04/08/2005
         TIME          13:58:00

### MORTGAGE TAXES

| MORTGAGE DATE | |
| MORTGAGE AMOUNT | $0.00 |
| EXEMPT | |
| COUNTY TAX | $0.00 |
| YONKERS | $0.00 |
| BASIC | $0.00 |
| ADDITIONAL | $0.00 |
| SUBTOTAL | $0.00 |
| MTA | $0.00 |
| SPECIAL | $0.00 |
| TOTAL PAID | $0.00 |

SERIAL NUMBER
DWELLING
        THE PROPERTY IS SITUATED IN
WESTCHESTER COUNTY, NEW YORK IN THE:

CITY OF YONKERS

WITNESS MY HAND AND OFFICIAL SEAL
*[signature]*
LEONARD N. SPANO
WESTCHESTER COUNTY CLERK

Record & Return to:
KILMARTIN & KILMARTIN
876 MCLEAN AVE

YONKERS, NY 10704

R05-17

Yon
BP

Warranty Deed with Full Covenants

THIS INDENTURE, made the 22nd day of ~~April~~ September, two thousand four

BETWEEN    JOHN WHYTE and MICHAEL KENNEDY
17 Highland Ave, Yonkers, N.Y. 10701

party of the first part, and

party of the second part,    MICHAEL KENNEDY and UNA T. RICE KENNEDY, his wife
17 Highland Ave, Yonkers, N.Y. 10701

WITNESSETH, that the party of the first part, in consideration of TEN ($10.00) DOLLARS, lawful money of the United States, and other good and valuable consideration paid by the party of the second part does hereby grant and release unto the party of the second part and assigns forever,

ALL OF THAT CERTAIN PARCEL(S) OF REAL PROPERTY AS IS MORE FULLY DESCRIBED IN THE ATTACHED SCHEDULE "A" LEGAL DESCRIPTION OF THE SUBJECT PREMISES.

Being the same premises conveyed by Grantors by Deed dated 4/12/88 recorded 4/26/88 Liber 9170 Page 346.

TOGETHER with the appurtenance and all the estate and rights of the party of the first part in and to said premises.

TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, and assigns forever.

AND the said party of the first part covenants as follows:

FIRST - That the party of the first part is seized of the said premises in fee simple, and has good right to convey the same;

SECOND - That the party of the second part shall quietly enjoy the said premises;

THIRD - That the said premises are free from incumbrances;

FOURTH - That the party of the first part will execute or procure any further necessary assurance of the title to said premises;

FIFTH - that the party of the first part will forever warrant the title to said premises;

SIXTH - That the grantor, in compliance with Section 13 of the Lien Law, covenants that the grantor will receive the consideration for this conveyance and will hold the right to receive such consideration in a trust fund to be applied first for the purpose of paying the cost of improvement and that the grantor will apply the same, first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

IN WITNESS WHEREOF, the party of the first part has hereunto set his/her hand and seal on the day and year first above written.

In presence of:

_____ L.S.
JOHN WHYTE

_____ L.S.
MICHAEL KENNEDY

## SCHEDULE "A"

ALL THAT CERTAIN PLOT, piece or parcel of land, situate, lying and being in the City of Yonkers, County of Westchester and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of Highland Avenue distant easterly measuring along the same one hundred fifty-seven (157) feet nine (9) inches from the corner formed by the intersection of the northerly side of Highland Avenue with the easterly side of Cedar Place; running thence northerly on a line forming an interior angle with the northerly side of Highland Avenue of 102° 27' and parallel with the easterly line of land formerly of John Mylers, one hundred seventeen (117) feet nine (9) inches to land formerly of Susan Emily Getty; running thence easterly along the southerly line of land formerly of Susan Emily Getty and along the southerly face of a one story brick building twenty-five (25) feet; running thence southerly parallel to the first described course one hundred seventeen (117) feet nine (9) inches to the northerly side of Highland Avenue, and running thence westerly along the northerly side of Highland Avenue twenty-five (25) feet to the point or place of beginning, said premises being known by the street No. 17 Highland Avenue, Yonkers, New York.

Premises known as 17 Highland Avenue Yonkers NY

Being the same premises conveyed to grantors by deed dated April 12, 1988 recorded at Liber 9170 Page 346

STATE OF NEW YORK )
                  ss.:
COUNTY OF WESTCHESTER)

On the 22 day of September in the year 2004 before me, the undersigned, a notary public in and for said state, personally appeared JOHN WHYTE, MICHAEL KENNEDY & UNA T. RICE-KENNEDY, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Nicholas Verlezzo
Signature and Office of Individual
taking acknowledgment

NICHOLAS VERLEZZO
Notary Public State of New York
No. 60-4712465
Qualified in Westchester County
Commission Expires 11-30-06


STATE OF NEW YORK )
                  ss.:
COUNTY OF WESTCHESTER)

On the 22 day of Sept. in the year 2004 before me, the undersigned, a notary public in and for said state, personally appeared JOHN WHYTE, MICHAEL KENNEDY & UNA T. RICE KENNEDY, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Nicholas Verlezzo
Signature and Office of Individual
taking acknowledgment

NICHOLAS VERLEZZO
Notary Public State of New York
No. 60-4712465
Qualified in Westchester County
Commission Expires 11-30-06


WARRANTY DEED
WITH FULL COVENANTS

JOHN WHYTE and MICHAEL KENNEDY

TO

MICHAEL KENNEDY and UNA T. RICE KENNEDY

Premises:
Section:
Block: 208
Lot: 26
County: Westchester

Record and Return to:

Paul G. Kilmartin, Esq.
Kilmartin & Kilmartin
876 McLean Avenue
Yonkers, New York 10704
(914) 237-6000

r3-4216k-001

2