THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G15Aug07-208

15Aug07-208

November 24 - December 22, 2004
Page 6 of 6

833-00833-B016-00833-    -001-1-01

Primary Account Number: 833-745522



CHECK # 0894   $462,000.00 PAID 12/06

View, save and print images of your cleared checks -- front AND back -- FREE at Chase Online SM
Access your check images on the same day they clear and from the past 3 years.
Log on or enroll today at www.chase.com/online

DCF KW03006