FRANK DURKAN
BRIAN O'DWYER
GARY SILVERMAN
CHRISTOPHER DOWNES*
VICTOR GRECO
CODY K. M°CONE

GARY P. ROTHMAN*
STEVEN ARIPOTCH
J. P. DELANEY
DAVID H. SCHULTZ**
MICHAEL CARROLL**
RAÚL GARCÍA
ANGELIQUE NYE
GWENDOLYN COYLE
DONNA A. CANFIELD
ROBERT DUNNE
JASON S. FUIMAN^
STEVEN C. KASARDA
ANDREW R. GRABOIS^

# O'DWYER & BERNSTIEN, LLP

### ATTORNEYS AT LAW
### PAUL O'DWYER WAY
### 52 DUANE STREET
### NEW YORK, N.Y. 10007
(212) 571-7100
(516) 248-4224
FAX (212) 571-7124



PAUL O'DWYER (1907-1998)
OSCAR BERNSTIEN (1885-1974)

OF COUNSEL:
THOMAS J. HUGHES, JR.
ANNE M. PAXTON

* ALSO ADMITTED IN NJ
** ALSO ADMITTED IN CT
^ ALSO ADMITTED IN PA & NJ
† J.D. NOT ADMITTED

WRITER'S DIRECT DIAL

February 9, 2005

**Certified Mail-RRR #70041160000162633620**
**Regular First Class Mail**

John Whyte
7 Delano Avenue
Yonkers, New York 10704

        Re:    <u>NYC District Council of Carpenters Arbitration Award</u>

Dear Mr. Whyte:

        We represent the New York City District Council of Carpenters. Enclosed please find the Arbitrator's Award which has been issued against your company.

        If you do not comply with this Award within seven (7) days of this letter, we have been authorized by the District Council to take all legal steps necessary for its enforcement. The District Council may also recommend the removal of all members from all of the company's job sites.

        You may send your checks for the payments required by the Award to the undersigned and we will see to their proper distribution.

        Please feel free to contact me if you have any questions concerning this matter.

                        Very truly yours,

                        O'DWYER & BERNSTIEN, LLP

                By:     _Jason Fuiman (yr)_
                        JASON FUIMAN

JF/yr
Enc.