

*450980041DEDK*

| Control Number | WHD Number | Instrument Type |
|---|---|---|
| 450980041 | 2005098-000015 | DED |



WESTCHESTER COUNTY RECORDING AND ENDORSEMENT PAGE
(THIS PAGE FORMS PART OF THE INSTRUMENT)
*** DO NOT REMOVE ***

THE FOLLOWING INSTRUMENT WAS ENDORSED FOR THE RECORD AS FOLLOWS:

TYPE OF INSTRUMENT   DED - DEED
FEE PAGES  3         TOTAL PAGES  3

| RECORDING FEES | |
|---|---|
| STATUTORY CHARGE | $6.00 |
| RECORDING CHARGE | $9.00 |
| RECORD MGT. FUND | $19.00 |
| RP 5217 | $75.00 |
| TP-584 | $5.00 |
| CROSS REFERENCE | $0.00 |
| MISCELLANEOUS | $0.00 |
| TOTAL FEES PAID | $114.00 |

| MORTGAGE TAXES | |
|---|---|
| MORTGAGE DATE | |
| MORTGAGE AMOUNT | $0.00 |
| EXEMPT | |
| COUNTY TAX | $0.00 |
| YONKERS | $0.00 |
| BASIC | $0.00 |
| ADDITIONAL | $0.00 |
| SUBTOTAL | $0.00 |
| MTA | $0.00 |
| SPECIAL | $0.00 |
| TOTAL PAID | $0.00 |

| TRANSFER TAXES | |
|---|---|
| CONSIDERATION | $0.00 |
| TAX PAID | $0.00 |
| TRANSFER TAX # | 17612 |

RECORDING DATE   04/26/2005
TIME             09:07:00

SERIAL NUMBER
DWELLING
      THE PROPERTY IS SITUATED IN
WESTCHESTER COUNTY, NEW YORK IN THE:

CITY OF YONKERS

WITNESS MY HAND AND OFFICIAL SEAL
*[signature]*
LEONARD N. SPANO
WESTCHESTER COUNTY CLERK

Record & Return to:
WIEDER & WIEDER
819 YONKERS AVENUE

YONKERS, NY 10704

Case 1:07-cv-08008-RJS    Document 18-15    Filed 05/02/2008    Page 2 of 3

C-1031-W

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 7th day of March, in the year two thousand five

BETWEEN
    JOHN WHYTE

residing at 225 Millwood Road, Chappaqua, New York 10514

party of the first part, and
    NASHEEMA WHYTE

residing at 225 Millwood Road, Chappaqua, New York 10514

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Yonkers, County of Westchester and State of New York known and designated as Lot 6 in Block 19 on a certain map entitled, "Section One Map Showing Subdivision of Property Belonging to James Gordon Bennett situated on Central Park Avenue, Seminary Avenue, Vredenburg Avenue, Yonkers Avenue, Trenchard Street and Mile Square Road, City of Yonkers, New York, August 15, 1921 made by M. Lorini and filed in the Office of the Clerk of the County of Westchester, Division of Land Records on August 16, 1921 as Map No. 2340.

Together with an easement and right of way four (4) feet in width in favor of the premises described above, over and across the most westerly portion of the premises immediately adjoining the said premises described above on the east; to be used as a driveway for ingress and egress from Vredenburgh Avenue to the garage erected on the rear of the premises described above; and subject to an easement and right of way seven (7) feet in width in favor of the premises immediately adjoining the premises described above on the east, over and across the most easterly portion of the said premises described above to be used as a driveway for ingress and egress from Vredenburgh Avenue to the rear of the premises immediately adjoining the premises described above on the east.

Together with an easement in favor of the premises described above over and upon the premises immediately adjoining the said premises described above on the east, of the right to maintain the second floor extension extending easterly from the easterly wall of the building erected on the said premises described above to the extent that same extends easterly from the westerly line of the premises immediately adjoining the said premises described above on the east and of the right to maintain the beams extending easterly from the easterly wall of the building erected on the said premises described above to the extent that same extend easterly from the westerly line of the premises immediately adjoining the said premises described above on the east and rest on top of the westerly wall of the building erected on the premises immediately adjoining the said premises described above on the east. Said easement shall run in favor of the premises described above so long as the buildings referred to above remain erected.

Being and intended to be the same premises as conveyed to the party of the first part by deed dated September 13, 2001 and recorded in the Westchester County Clerk's Office, Division of Land Records on January 10, 2002 in Control No. 420050168.

Together with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof;
Together with the appurtenances and all the estate and rights of the party of the first part in and to said premises; To Have And To Hold the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.
And the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
And the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the Improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
In Witness Whereof, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____        _____
Witness                                JOHN WHYTE

STATE OF New York, COUNTY OF Westchester ss:

On March 7, 2005, before me, the undersigned, personally appeared
JOHN WHYTE
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

LAURA K. GIACOMINI
Notary Public, State of New York
No. 01GI6009949
Qualified in Westchester County
Term Expires July 6, 20 06

State, District of Columbia, Territory, Possession, or Foreign Country, ss:

On the  day of  in the year , before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the (Insert the city or other political subdivision and the state or country or other place the acknowledgment was taken).

_____
Signature and Office of individual
taking acknowledgment

**Bargain and Sale Deed**
With Covenant Against Grantor's Acts

Title No. CLy C1031-LD

JOHN WHYTE

TO

NASHEEMA WHYTE

Section: 6
Block: 6344
Lot: 7
City or County:

6
6344
7
YONKERS/WESTCHESTER
652 CENTRAL PARK AVENUE
YONKERS, NEW YORK 10704

Record and Return to:

WIEDER & WIEDER
819 Yonkers Avenue
Yonkers, New York 10704

RESERVE THIS SPACE FOR RECORDING OFFICE