AFFIDAVIT OF SERVICE UPON A CORPORATION   N

INDEX # 05CV4021
DATE PURCHASED
WAS ENDORSED ON
THE DOCUMENT SERVED

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

ODWYER & BERNSTEIN
52 Duane St
NEW YORK
NY 10007

The New York City District Council Of Carpenters Pension Fund New York City District Council Of Carpenters Etc

- against -

Kw Construction Inc

(212) 571-7100

Atty File #          Record # 64675     File # 51

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Robert A Winckelmann Lic#971194 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 04/27/05 at 11:07 am at 4235 Katonah Avenue 2nd Fl Bronx Ny 10470 deponent served the within Summons & Complaint And Judges Rules by personally delivering to and leaving with "Jane" Otade for Kw Construction Inc
a true copy thereof, and that deponent knew the person so served to be the Office-Manager and stated (s)he was authorized to accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 40 Years   Approx Weight: 155 Lbs.   Approx Height: 5'6
Sex: Female   Color of Skin: White   Color of Hair: Blonde
Other:

Sworn to before me this 04/29/05
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York
Nassau County, Commission Expires 08/22/06

Robert A Winckelmann Lic#971194

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812