

Account: 9716175 Check: 1170 Amount: $25,000.00



Account: 9716175 Check: 1170 Amount: $25,000.00



Account: 9716175 Check: 1178 Amount: $2,600.00



Account: 9716175 Check: 1178 Amount: $2,600.00



Account: 9716175 Check: 1185 Amount: $270.42



Account: 9716175 Check: 1185 Amount: $270.42