Account: 9716175 Check: 1208 Amount: $142.53

Account: 9716175 Check: 1208 Amount: $142.53

Account: 9716175 Check: 1214 Amount: $1,559.30

Account: 9716175 Check: 1214 Amount: $1,559.30

Account: 9716175 Check: 1197 Amount: $2,964.66

Account: 9716175 Check: 1197 Amount: $2,964.66

Account: 9716175 Check: 1194 Amount: $40,000.00

Account: 9716175 Check: 1194 Amount: $40,000.00

Account: 9716175 Check: 1213 Amount: $270.42

Account: 9716175 Check: 1213 Amount: $270.42