# ADMINISTRATION FORM

## MUST BE COMPLETED TO EFFECTUATE AGREEMENT

NAME OF FIRM ..... KW Construction Inc

ADDRESS ..... 4235 Katonah Ave Bronx NY

TELEPHONE # ..... 718 325 0967 ..... FAX # ..... 718 994 7098

CELL # ..... 917 952 5107 ..... BEEPER # ..... —

WORKERS COMPENSATION INSURANCE C/ ..... 05/30/01 ..... ?UNY)

POLICY # ..... 1201566-5 DOINT MA—

EMPLOYER FEDERAL IDENTIFICATION NUMBER ..... 13-3793714

AS THE PRINCIPAL, OFFICER, STOCKHOLDER, PARTNER, OR OWNER ARE YOU **OPERATING OR HAVE OPERATED** A BUSINESS SIMILAR TO THE JURISDICTION OF THE WORK THAT IS LISTED IN THE AGREEMENT YOU ARE ABOUT TO SIGN

☐ NO   ☒ YES NAME OF BUSINESS ..... KW Construction

SIGNATURE .....

## CORPORATION

IS CORPORATION INCORPORATED UNDER THE LAWS OF NEW YORK STATE? ☒ YES ☐ NO
IS CORPORATION LICENSED TO DO BUSINESS IN NEW YORK STATE? ☒ YES ☐ NO
IS CORPORATION REGISTERED AS M W B E? ☐ YES ☒ NO   OR L B E  ☐ YES ☒ NO

| OFFICER'S NAMES | TITLE | SOCIAL SECURITY # | HOME ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|---|
| 1. John Whyte | Owner | 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 | 7 Delano Ave Yonkers N.Y | 917 9525107 |
| 2. | | | | |
| 3. | | | | |

| STOCKHOLDER'S NAMES | SOCIAL SECURITY # | HOME ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

Commercial
Residential

4235 Katonah Ave.
Bronx, NY 10470

## P A[R]TNERSHIP

| | HOME ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| 1. | | |
| 2. | | |

**KW CONSTRUCTION INC.**
JOHN WHYTE
Tel. (718) 325-0967
Fax (718) 994-7098

## SOLE PROPRIETORSHIP

## COLLECTIVE BARGAINING AGREEMENT PREPERATION FORM

Interview Date __11/20/91__ By ____

PRINCIPAL CROSS CHECK    Yes [ ]    No [ ]    By ____

EMPLOYER __K W General Contractor__    ACCOUNT NO. __1-14339__

ADDRESS __29 Plymouth Ave__    FED. I.D. ____

__Yonkers    NY__    ZIP CODE __10710__    TELE # __914-779-9425__

Name of person being interviewed __John Whyte__    Title __Partner__

Type of Construction __Sheetrocking__

Average No. of Carpenters __3-4__    Other Trades ____

Do Principals work at trade?    Yes [ ]    No [X]

Name _____    Soc.Sec.# ____
Name _____    Soc.Sec.# ____
Name _____    Soc.Sec.# ____

Member/Employer Addendum    Yes [ ]    No [X]    Effective Date ____

Present Job Location __Pierre Hotel__

Previous Agreement __None__    Thru____    Type____
_____ Thru____    Type____
_____ Thru____    Type____
_____ Thru____    Type____

Promotional Fund Contributed to __Drywall__

Type of Agreement(s) being prepared __Ind Bylws Cont__ Effective Date __11/22/91__
_____ Effective Date ____
_____ Effective Date ____
_____ Effective Date ____

Stamps purchased thru __New Acct__ Open Audit Bal ____ Audit thru ____

REMARKS __All forms to be Renewed.__

__O.K. M. Dunne,__

* * * * * * * * * * * * * * * *

TO BE COMPLETED BY DISTRICT COUNCIL