```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
   1:43 PM                                                            1/21/08
   14339 (Group   111) Local          Last Period Reported    7/28/2004
   K W CONSTRUCTION INCORPORATED       Last Report Received    7/28/2004
   4235 KATONAH AVENUE                 Open Over/Under            168.76-
                                       Open Liq. Damages             .00
   BRONX          NY   10470           Open Interest                 .00
   718-325-0967
        Work    Deposit  Entry # of   Hours        ------ A M O U N T ---------
Sel   Period    Date   Ty Fn Emps  Reported       Due      Received   Difference
0001  2/09/05  2/11/05 A PN
0002  2/09/05  2/11/05 A PN
0003  2/09/05  2/11/05 A PN
0004  2/09/05  2/11/05 A PN
0005  2/09/05  2/11/05 A PN
0006  2/09/05  2/11/05 A PN
0007  2/02/05  2/04/05 A PN    1      7.00         47.67     47.67
0008  1/26/05  2/01/05 A PN    3     55.00        374.55    374.55
0009  1/19/05  1/21/05 A PN    2     56.00        381.36    381.36


     Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders   F7->Detail
  F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
  End Of File.
```

```
Hello: DTRUAX               EMPLOYER CONTRIBUTIONS INQUIRY          HR0190C
  1:43 PM                                                          1/21/08
   14339  Group   111  Local           Last Period Reported      7/28/2004
   K W CONSTRUCTION INCORPORATED        Last Report Received      7/28/2004
   4235 KATONAH AVENUE                  Open Over/Under              168.76-
                                        Open Liq. Damages              .00
   BRONX            NY   10470          Open Interest                  .00
   718-325-0967
          Work     Deposit  Entry # of    Hours      ------- A M O U N T --------
  Sel   Period      Date   Ty Fn Emps   Reported       Due     Received  Difference
  0001  1/12/05   1/21/05  A PN    3      34.00       231.54    231.54
  0002  1/05/05   1/07/05  A PN    1      13.00        88.53     88.53
  0003 12/29/04   1/07/05  A PN
  0004 12/29/04   1/07/05  A PN
  0005 12/29/04   1/07/05  A PN
  0006 12/29/04   1/07/05  A PN
  0007 12/22/04  12/23/04  A PN
  0008 12/22/04  12/23/04  A PN
  0009 12/22/04  12/23/04  A PN


       Enter Selection    F4->Adj.Codes   F5->Notes  F6->Over/Unders  F7->Detail
    F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
   1:43 PM                                                            1/21/08
   14339  Group   111  Local          Last Period Reported      7/28/2004
   K W CONSTRUCTION INCORPORATED       Last Report Received      7/28/2004
   4235 KATONAH AVENUE                 Open Over/Under             168.76-
                                       Open Liq. Damages              .00
   BRONX          NY   10470           Open Interest                  .00
   718-325-0967
         Work    Deposit  Entry # of   Hours      ------- A M O U N T ---------
Sel    Period    Date    Ty Fn Emps  Reported        Due     Received   Difference
0001 12/22/04 12/23/04 A PN
0002 12/15/04 12/17/04 A PN      1     27.00       183.87     183.87
0003 12/08/04 12/10/04 A PN
0004 12/08/04 12/10/04 A PN
0005 12/08/04 12/10/04 A PN
0006 12/01/04 12/10/04 A PN
0007 12/01/04 12/10/04 A PN
0008 12/01/04 12/10/04 A PN
0009 12/01/04 12/03/04 A PN


     Enter Selection    F4->Adj.Codes  F5->Notes  F6->Over/Unders   F7->Detail
   F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
   1:43 PM                                                            1/21/08
   14339  Group   111  Local        Last Period Reported     7/28/2004
   K W CONSTRUCTION INCORPORATED     Last Report Received     7/28/2004
   4235 KATONAH AVENUE               Open Over/Under             168.76-
                                     Open Liq. Damages              .00
   BRONX           NY  10470         Open Interest                  .00
   718-325-0967
         Work    Deposit   Entry # of    Hours      ------- A M O U N T ---------
Sel   Period     Date   Ty Fn Emps  Reported         Due      Received   Difference
0001 12/01/04 12/03/04 A PN
0002 12/01/04 12/03/04 A PN
0003 11/24/04 12/03/04 A PN    1      40.00        272.40       272.40
0004 11/17/04 12/01/04 A PN    1      40.00        272.40       272.40
0005 11/10/04 12/01/04 A PN    1      32.00        217.92       217.92
0006 11/03/04 11/11/04 A PN    5     171.00       1164.51      1164.51
0007 10/27/04 11/05/04 A PN    5     124.00        844.44       844.44
0008 10/20/04 10/28/04 A PN    1      20.00        136.20       136.20
0009  9/29/04 10/01/04 A PN


       Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
    F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX            EMPLOYER CONTRIBUTIONS INQUIRY          HR0190C
   1:43 PM                                                       1/21/08
   14339  Group   111  Local           Last Period Reported     7/28/2004
   K W CONSTRUCTION INCORPORATED        Last Report Received     7/28/2004
   4235 KATONAH AVENUE                  Open Over/Under           168.76-
                                        Open Liq. Damages             .00
   BRONX          NY   10470            Open Interest                 .00
   718-325-0967
         Work      Deposit   Entry # of   Hours       ------- A M O U N T ---------
Sel    Period      Date  Ty Fn Emps  Reported       Due     Received    Difference
0001   9/15/04   9/17/04  A PN
0002   9/08/04   9/10/04  A PN
0003   9/01/04   9/03/04  A PN
0004   8/25/04   8/27/04  A PN
0005   8/11/04  10/28/04  A PN    2     84.00      572.04      572.04
0006   8/11/04   8/13/04  A PN
0007   8/04/04   8/06/04  A PN
0008   7/28/04   7/28/04  1 PN
0009   6/30/04   7/28/04  1 PN


        Enter Selection    F4->Adj.Codes   F5->Notes   F6->Over/Unders   F7->Detail
     F8->Payroll   F9->Totals   F10->O/U Summary   F11->Search Date   F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY          HR0190C
   1:43 PM                                                        1/21/08
   14339  Group   111  Local            Last Period Reported    7/28/2004
   K W CONSTRUCTION INCORPORATED         Last Report Received    7/28/2004
   4235 KATONAH AVENUE                   Open Over/Under            168.76-
                                         Open Liq. Damages             .00
   BRONX             NY   10470          Open Interest                 .00
   718-325-0967
          Work    Deposit  Entry # of   Hours       ------- A M O U N T ---------
   Sel   Period    Date  Ty Fn Emps  Reported        Due    Received   Difference
   0001  5/31/04  7/28/04 1 PN
   0002  4/30/04  7/28/04 1 PN
   0003  3/31/04  7/28/04 1 PN
   0004  2/25/04  7/28/04 1 PN
   0005  2/18/04  7/28/04 1 PN
   0006  2/11/04  2/13/04 A PN
   0007  2/04/04  2/06/04 A PN
   0008  1/28/04  1/30/04 A PN
   0009  1/14/04  1/16/04 A PN


      Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders   F7->Detail
   F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX            EMPLOYER CONTRIBUTIONS INQUIRY          HR0190C
  1:43 PM                                                       1/21/08
   14339  Group   111 Local          Last Period Reported     7/28/2004
   K W CONSTRUCTION INCORPORATED      Last Report Received     7/28/2004
   4235 KATONAH AVENUE                Open Over/Under            168.76-
                                      Open Liq. Damages             .00
   BRONX          NY  10470           Open Interest                 .00
   718-325-0967
          Work    Deposit  Entry # of  Hours      ------- A M O U N T ---------
Sel    Period    Date   Ty Fn Emps  Reported      Due    Received  Difference
0001   1/07/04  1/09/04 A  PN
0002  12/31/03  1/05/04 A  PN
0003  12/24/03 12/26/03 A  PN
0004  12/17/03 12/19/03 A  PN
0005  12/10/03 12/12/03 A  PN
0006  11/26/03 12/01/03 A  PN
0007  11/19/03 11/21/03 A  PN
0008  11/12/03 11/14/03 A  PN
0009  10/30/03  3/04/04 1  PN
```

```
     Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders   F7->Detail
   F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
  1:43 PM                                                             1/21/08
   14339  Group   111  Local            Last Period Reported    7/28/2004
   K W CONSTRUCTION INCORPORATED         Last Report Received    7/28/2004
   4235 KATONAH AVENUE                   Open Over/Under            168.76-
                                         Open Liq. Damages             .00
   BRONX            NY  10470            Open Interest                 .00
   718-325-0967
           Work     Deposit   Entry # of   Hours      ------- A M O U N T ---------
   Sel   Period     Date   Ty Fn Emps  Reported       Due     Received   Difference
   0001 10/29/03 10/31/03  A PN
   0002 10/22/03 10/24/03  A PN
   0003 10/08/03 10/10/03  A PN     1      56.00      356.16      356.16
   0004 10/01/03 10/06/03  A PN     2      88.00      559.68      559.68
   0005  9/24/03  9/26/03  A PN     2      80.00      508.80      508.80
   0006  9/19/03  9/19/03  A PN     2      24.00      152.64      152.64
   0007  9/17/03  9/19/03  A PN     5     178.00     1132.08     1132.08
   0008  9/10/03  9/15/03  A PN     5     192.00     1221.12     1221.12
   0009  9/03/03  9/05/03  A PN     5     144.00      915.84      915.84


       Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
     F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX            EMPLOYER CONTRIBUTIONS INQUIRY            HR0190C
1:43 PM                                                          1/21/08
   14339  Group   111  Local        Last Period Reported    7/28/2004
   K W CONSTRUCTION INCORPORATED     Last Report Received    7/28/2004
   4235 KATONAH AVENUE               Open Over/Under            168.76-
                                     Open Liq. Damages             .00
   BRONX            NY   10470       Open Interest                 .00
   718-325-0967
                                               ------- A M O U N T ---------
         Work      Deposit   Entry # of   Hours
Sel     Period      Date    Ty Fn Emps  Reported      Due     Received  Difference
0001   8/27/03   8/29/03  A PN    7    238.00     1513.68   1513.68
0002   8/22/03   8/28/03  A PN    3     44.00      279.84    279.84
0003   8/20/03   8/29/03  A PN    1     32.00      203.52    203.52
0004   8/20/03   8/28/03  A PN   10    314.00     1997.04   1997.04
0005   8/15/03   8/19/03  A PN    3     36.00      228.96    228.96
0006   8/13/03   8/19/03  A PN   10    370.00     2353.20   2353.20
0007   8/09/03   8/06/03  A PN    1     32.00      203.52    203.52
0008   8/06/03   8/28/03  A PN    1     35.00      222.60    222.60
0009   8/06/03   8/19/03  A PN   10    313.00     1990.68   1990.68


        Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
     F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY            HR0190C
  1:43 PM                                                           1/21/08
   14339  Group   111  Local          Last Period Reported      7/28/2004
   K W CONSTRUCTION INCORPORATED       Last Report Received      7/28/2004
   4235 KATONAH AVENUE                 Open Over/Under             168.76-
                                       Open Liq. Damages              .00
   BRONX          NY  10470            Open Interest                  .00
   718-325-0967
          Work     Deposit  Entry # of   Hours       ------ A M O U N T ---------
Sel     Period     Date  Ty Fn Emps  Reported        Due      Received    Difference
0001    8/04/03   8/19/03 A PN    1     24.00        152.64     152.64
0002    7/30/03   8/06/03 A PN    1     48.00        305.28     305.28
0003    7/30/03   8/01/03 A PN   11    408.00       2594.88    2594.88
0004    7/25/03   7/25/03 A PN    3     36.00        228.96     228.96
0005    7/23/03   8/06/03 A PN    1     32.00        203.52     203.52
0006    7/23/03   8/01/03 A PN    1      7.00         44.52      44.52
0007    7/23/03   7/25/03 A PN   13    534.00       3396.24    3396.24
0008    7/16/03   8/06/03 A PN    1     32.00        203.52     203.52
0009    7/16/03   7/18/03 A PN   17    617.00       3924.12    3924.12


       Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
    F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
  1:43 PM                                                             1/21/08
   14339  Group   111  Local            Last Period Reported    7/28/2004
   K W CONSTRUCTION INCORPORATED        Last Report Received    7/28/2004
   4235 KATONAH AVENUE                  Open Over/Under              168.76-
                                        Open Liq. Damages               .00
   BRONX           NY  10470            Open Interest                   .00
   718-325-0967
        Work     Deposit  Entry # of  Hours        ------- A M O U N T ---------
  Sel  Period    Date    Ty Fn Emps  Reported        Due      Received  Difference
  0001  7/09/03  7/18/03 A PN   1       7.00         44.52      44.52
  0002  7/09/03  7/11/03 A PN  12     347.50       2210.10    2210.10
  0003  7/02/03  8/06/03 A PN   1      40.00        254.40     254.40
  0004  7/02/03  7/03/03 A PN  12      84.00        534.24     534.24
  0005  6/30/03  7/03/03 A PN  12     353.00       2086.23    2086.23
  0006  6/25/03  8/06/03 A PN   1      32.00        189.12     189.12
  0007  6/25/03  6/27/03 A PN  14     616.00       3640.56    3640.56
  0008  6/18/03  8/06/03 A PN   1      40.00        236.40     236.40
  0009  6/18/03  6/27/03 A PN   1       7.00         41.37      41.37


       Enter Selection    F4->Adj.Codes   F5->Notes  F6->Over/Unders   F7->Detail
     F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
  1:43 PM                                                            1/21/08
   14339  Group   111  Local           Last Period Reported    7/28/2004
   K W CONSTRUCTION INCORPORATED        Last Report Received    7/28/2004
   4235 KATONAH AVENUE                  Open Over/Under            168.76-
                                        Open Liq. Damages             .00
   BRONX           NY  10470            Open Interest                 .00
   718-325-0967
          Work    Deposit  Entry # of   Hours      ------- A M O U N T ---------
  Sel    Period    Date   Ty Fn Emps  Reported       Due     Received   Difference
  0001  6/18/03  6/25/03  A PN   10    373.00      2204.43   2204.43
  0002  6/11/03  6/25/03  A PN    2     25.00       147.75    147.75
  0003  6/11/03  6/13/03  A PN    7    243.00      1436.13   1436.13
  0004  6/04/03  8/06/03  A PN    1     40.00       236.40    236.40
  0005  6/04/03  7/25/03  A PN    1     29.00       171.39    171.39
  0006  6/04/03  6/06/03  A PN    4    299.00      1767.09   1767.09
  0007  5/28/03  5/30/03  A PN    2     64.00       378.24    378.24
  0008  5/21/03  6/25/03  A PN    1      8.00        47.28     47.28
  0009  5/21/03  5/23/03  A PN    2     80.00       472.80    472.80


      Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
   F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX          EMPLOYER CONTRIBUTIONS INQUIRY          HR0190C
  1:43 PM                                                      1/21/08
   14339  Group   111  Local          Last Period Reported    7/28/2004
   K W CONSTRUCTION INCORPORATED       Last Report Received    7/28/2004
   4235 KATONAH AVENUE                 Open Over/Under          168.76-
                                       Open Liq. Damages           .00
   BRONX          NY  10470            Open Interest               .00
   718-325-0967
         Work    Deposit  Entry # of  Hours        ------- A M O U N T ---------
  Sel  Period    Date   Ty Fn Emps   Reported        Due     Received  Difference
  0001  5/16/03  5/20/03 A PN    1     16.00         94.56     94.56
  0002  5/14/03  5/20/03 A PN    2     56.00        330.96    330.96
  0003  5/07/03  5/09/03 A PN    2     69.00        407.79    407.79
  0004  4/30/03  5/09/03 A PN    3    130.00        768.30    768.30
  0005  4/30/03  5/02/03 A PN
  0006  4/23/03  4/25/03 A PN    3     95.00        561.45    561.45
  0007  4/16/03  4/22/03 A PN    2     77.00        455.07    455.07
  0008  4/09/03  5/20/03 A PN    1     24.00        141.84    141.84
  0009  4/09/03  4/11/03 A PN


       Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
    F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY           HR0190C
   1:43 PM                                                          1/21/08
   14339  Group   111  Local            Last Period Reported       7/28/2004
   K W CONSTRUCTION INCORPORATED         Last Report Received       7/28/2004
   4235 KATONAH AVENUE                   Open Over/Under             168.76-
                                         Open Liq. Damages             .00
   BRONX          NY  10470              Open Interest                 .00
   718-325-0967
```

| Sel | Work Period | Deposit Date | Entry Ty Fn | # of Emps | Hours Reported | Due | Received | Difference |
|-----|-------------|--------------|-------------|-----------|----------------|--------|----------|------------|
| 0001 | 4/02/03 | 5/20/03 | A PN | 1 | 40.00 | 236.40 | 236.40 | |
| 0002 | 3/26/03 | 4/04/03 | A PN | | | | | |
| 0003 | 3/26/03 | 4/01/03 | A PN | 2 | 56.00 | 330.96 | 330.96 | |
| 0004 | 3/19/03 | 5/20/03 | A PN | 1 | 12.00 | 70.92 | 70.92 | |
| 0005 | 3/19/03 | 3/21/03 | A PN | 2 | 80.00 | 472.80 | 472.80 | |
| 0006 | 3/12/03 | 3/14/03 | A PN | 3 | 145.00 | 856.95 | 856.95 | |
| 0007 | 3/05/03 | 3/07/03 | A PN | 2 | 76.00 | 449.16 | 449.16 | |
| 0008 | 2/26/03 | 3/04/03 | A PN | 2 | 63.00 | 372.33 | 372.33 | |
| 0009 | 2/26/03 | 2/28/03 | A PN | 1 | 42.00 | 248.22 | 248.22 | |

```
        Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
     F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY            HR0190C
  1:43 PM                                                           1/21/08
  14339  Group   111  Local            Last Period Reported     7/28/2004
  K W CONSTRUCTION INCORPORATED        Last Report Received     7/28/2004
  4235 KATONAH AVENUE                  Open Over/Under             168.76-
                                       Open Liq. Damages              .00
  BRONX         NY   10470             Open Interest                  .00
  718-325-0967
          Work    Deposit  Entry # of   Hours      ------- A M O U N T --------
  Sel   Period    Date   Ty Fn Emps  Reported      Due     Received   Difference
  0001  2/19/03  3/04/03 A PN    1      32.00     189.12    189.12
  0002  2/19/03  2/21/03 A PN    1      22.00     130.02    130.02
  0003  2/12/03  3/04/03 A PN    1      40.00     236.40    236.40
  0004  2/12/03  2/14/03 A PN    1      40.00     236.40    236.40
  0005  2/05/03  5/20/03 A PN    1      12.00      70.92     70.92
  0006  2/05/03  3/04/03 A PN    1      40.00     236.40    236.40
  0007  2/05/03  2/07/03 A PN    1      40.00     236.40    236.40
  0008  1/29/03  3/04/03 A PN    1      40.00     236.40    236.40
  0009  1/29/03  2/02/03 A PN    1      40.00     236.40    236.40


       Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
     F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX            EMPLOYER CONTRIBUTIONS INQUIRY           HR0190C
  1:43 PM                                                         1/21/08
   14339  Group   111  Local           Last Period Reported     7/28/2004
   K W CONSTRUCTION INCORPORATED        Last Report Received     7/28/2004
   4235 KATONAH AVENUE                  Open Over/Under            168.76-
                                        Open Liq. Damages             .00
   BRONX          NY   10470            Open Interest                 .00
   718-325-0967
          Work     Deposit  Entry # of   Hours     ------- A M O U N T ---------
     Sel  Period    Date   Ty Fn Emps  Reported      Due     Received  Difference
     0001 1/22/03  2/02/03 A  PN    1     8.00       47.28     47.28
     0002 1/20/03  3/04/03 A  PN    1    24.00      141.84    141.84
     0003 1/17/03  3/04/03 A  PN    1    40.00      236.40    236.40
     0004 1/10/03  1/12/03 A  PN
     0005 1/09/03  3/04/03 A  PN    1    40.00      236.40    236.40
     0006 1/02/03  3/04/03 A  PN    1    32.00      189.12    189.12
     0007 1/01/03  1/05/03 A  PN
     0008 12/20/02 12/22/02 A PN
     0009 12/02/02 3/04/03 A  PN    1    40.00      236.40    236.40


       Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
     F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY          HR0190C
  1:43 PM                                                         1/21/08
   14339  Group   111 Local            Last Period Reported      7/28/2004
   K W CONSTRUCTION INCORPORATED        Last Report Received      7/28/2004
   4235 KATONAH AVENUE                  Open Over/Under             168.76-
                                        Open Liq. Damages              .00
   BRONX          NY  10470             Open Interest                  .00
   718-325-0967
          Work    Deposit  Entry # of    Hours      ------- A M O U N T ---------
   Sel  Period    Date   Ty Fn Emps  Reported        Due    Received   Difference
   0001 12/02/02 12/04/02 A PN
   0002 11/29/02  3/04/03 A PN    1     24.00        141.84    141.84
   0003 11/29/02 12/08/02 A PN
   0004 11/22/02  3/04/03 A PN    1     40.00        236.40    236.40
   0005 11/15/02  3/04/03 A PN    2     72.00        425.52    425.52
   0006 11/15/02 11/24/02 A PN
   0007 11/11/02  9/19/03 A PN    1     16.00         94.56     94.56
   0008 11/08/02  3/04/03 A PN    2     80.00        472.80    472.80
   0009 11/06/02  9/19/03 A PN    1     40.00        236.40    236.40


         Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
      F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
1:43 PM                                                               1/21/08
  14339  Group   111  Local              Last Period Reported     7/28/2004
  K W CONSTRUCTION INCORPORATED          Last Report Received     7/28/2004
  4235 KATONAH AVENUE                    Open Over/Under            168.76-
                                         Open Liq. Damages             .00
  BRONX           NY  10470              Open Interest                 .00
  718-325-0967
        Work   Deposit  Entry # of  Hours      ------- A M O U N T ---------
Sel   Period   Date    Ty Fn Emps  Reported     Due     Received   Difference
0001 11/01/02  3/04/03 A  PN   1     16.00      94.56     94.56
0002 10/31/02  9/19/03 A  PN   1     32.00     189.12    189.12
0003 10/25/02 11/17/02 A  PN   3    117.00     691.47    691.47
0004 10/18/02 11/17/02 A  PN   2     64.00     378.24    378.24
0005 10/11/02 11/17/02 A  PN   2     80.00     472.80    472.80
0006  6/30/02  9/26/02 M  PN   5    279.00
0007  5/31/02  9/26/02 M  PN   3    221.00
0008  5/31/02  9/13/02 1  PN   1    138.00     746.58    746.58
0009  4/30/02  9/26/02 M  PN   2     35.00


       Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
   F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY          HR0190C
  1:43 PM                                                          1/21/08
   14339 Group   111 Local          Last Period Reported    7/28/2004
   K W CONSTRUCTION INCORPORATED     Last Report Received    7/28/2004
   4235 KATONAH AVENUE               Open Over/Under            168.76-
                                     Open Liq. Damages             .00
   BRONX         NY 10470            Open Interest                 .00
   718-325-0967
        Work     Deposit  Entry # of  Hours      ------- A M O U N T ---------
 Sel  Period      Date   Ty Fn Emps  Reported    Due    Received    Difference
 0001 4/30/02   8/16/02  M PN    1     20.00-
 0002 4/30/02   6/04/02  M PN    7    286.00
 0003 3/31/02   8/16/02  M PN    1     52.00-
 0004 3/31/02   7/02/02  M PN    1     46.00
 0005 3/31/02   6/04/02  M PN    5    244.00
 0006 1/28/02   1/28/02  M PN
 0007 12/31/01  1/28/02  M PN
 0008 11/30/01  1/28/02  M PN
 0009 10/31/01  1/28/02  M PN


     Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
  F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
   1:43 PM                                                            1/21/08
    14339  Group   111  Local             Last Period Reported     7/28/2004
    K W CONSTRUCTION INCORPORATED          Last Report Received     7/28/2004
    4235 KATONAH AVENUE                    Open Over/Under            168.76-
                                           Open Liq. Damages             .00
    BRONX          NY   10470              Open Interest                 .00
    718-325-0967
             Work    Deposit  Entry # of   Hours       ------- A M O U N T ---------
    Sel   Period    Date   Ty Fn Emps  Reported       Due     Received    Difference
    0001 10/26/01  2/26/02 1 PN   1     64.00         346.24   346.24
    0002  9/18/01  9/21/01 1 PN   1     56.00         302.96   302.96
    0003  8/31/01  9/05/01 M PN   1     54.00
    0004  8/13/01  8/17/01 1 PN   1     14.00          75.74    75.74
    0005  7/31/01  9/05/01 M PN   1     96.00
    0006  6/30/01  9/05/01 M PN   1    150.00
    0007  6/29/01  7/13/01 1 PN   1      7.00          34.37    34.37
    0008  6/22/01  7/02/01 1 PN   1     16.00          78.56    78.56
    0009  6/20/01  7/02/01 1 PN   1     32.00         157.12   157.12


        Enter Selection    F4->Adj.Codes   F5->Notes  F6->Over/Unders   F7->Detail
     F8->Payroll  F9->Totals   F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX            EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
  1:43 PM                                                           1/21/08
    14339  Group   111  Local           Last Period Reported       7/28/2004
    K W CONSTRUCTION INCORPORATED        Last Report Received       7/28/2004
    4235 KATONAH AVENUE                  Open Over/Under              168.76-
                                         Open Liq. Damages              .00
    BRONX           NY  10470            Open Interest                  .00
    718-325-0967
            Work    Deposit  Entry # of  Hours        ------- A M O U N T ---------
    Sel    Period   Date   Ty Fn Emps  Reported      Due     Received   Difference
    0001  6/20/01  7/02/01 1 PN   1       32.00      157.12   157.12
    0002  4/30/01  6/04/02 M PN   7      286.00-
    0003  4/30/01  5/24/02 M PN   7      286.00
    0004  3/31/01  6/04/02 M PN   5      244.00-
    0005  3/31/01  5/24/02 M PN   5      244.00
    0006  2/28/01  0/00/00 M PN   7
    0007  1/31/01  5/24/02 M        2    168.00
    0008  1/31/01  5/24/02 M PN   2      168.00
    0009  1/31/01  0/00/00 M PN   7


        Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
    F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
  1:43 PM                                                             1/21/08
  14339  Group    111  Local          Last Period Reported     7/28/2004
  K W CONSTRUCTION INCORPORATED        Last Report Received     7/28/2004
  4235 KATONAH AVENUE                  Open Over/Under            168.76-
                                       Open Liq. Damages             .00
  BRONX          NY  10470             Open Interest                 .00
  718-325-0967
       Work   Deposit  Entry # of   Hours     ------- A M O U N T ---------
Sel   Period   Date  Ty Fn Emps  Reported       Due     Received   Difference
0001 12/31/00  0/00/00 M PN      7
0002 11/30/00 12/06/00 M PN
0003 10/31/00 12/06/00 M PN
0004  9/30/00 12/06/00 M PN
0005  8/31/00 12/06/00 M PN
0006  7/12/00  7/25/00 1 PN      1    25.00     122.75     122.75
0007  7/05/00  7/25/00 1 PN      2    79.00     387.89     387.89
0008  6/30/00  7/13/00 1 PN      1    21.00      94.71      94.71
0009  6/28/00  7/10/00 1 PN      1    41.00     184.91     184.91


    Enter Selection   F4->Adj.Codes   F5->Notes   F6->Over/Unders   F7->Detail
   F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY          HR0190C
  1:43 PM                                                         1/21/08
   14339  Group   111  Local          Last Period Reported    7/28/2004
   K W CONSTRUCTION INCORPORATED       Last Report Received    7/28/2004
   4235 KATONAH AVENUE                 Open Over/Under            168.76-
                                       Open Liq. Damages             .00
   BRONX           NY  10470           Open Interest                 .00
   718-325-0967
         Work    Deposit  Entry # of   Hours      ------- A M O U N T ---------
Sel    Period     Date   Ty Fn Emps  Reported      Due      Received   Difference
0001   6/28/00   7/07/00 1 PN   1      42.00      189.42     189.42
0002   6/22/00   7/07/00 1 PN   1      28.00      126.28     126.28
0003   6/21/00   6/29/00 1 PN   1      68.00      306.68     306.68
0004   6/14/00   6/26/00 1 PN   1      37.00      166.87     166.87
0005   6/14/00   6/21/00 1 PN   1      49.00      220.99     220.99
0006   6/08/00   6/26/00 1 PN   1      35.00      157.85     157.85
0007   6/07/00   9/07/00 1 PN   1      21.00       94.71      94.71
0008   6/07/00   6/16/00 1 PN   1      54.00      243.54     243.54
0009   6/07/00   6/14/00 1 PN   1      37.00      166.87     166.87


      Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
   F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX            EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
  1:43 PM                                                           1/21/08
   14339  Group   111  Local           Last Period Reported      7/28/2004
   K W CONSTRUCTION INCORPORATED        Last Report Received      7/28/2004
   4235 KATONAH AVENUE                  Open Over/Under              168.76-
                                        Open Liq. Damages             .00
   BRONX            NY  10470           Open Interest                 .00
   718-325-0967
        Work   Deposit  Entry # of   Hours        ------- A M O U N T --------
  Sel  Period    Date   Ty Fn Emps  Reported        Due     Received  Difference
  0001 5/31/00  6/26/00 1 PN   1      35.00        157.85    157.85
  0002 5/31/00  6/22/00 1 PN   1      45.00        202.95    202.95
  0003 5/31/00  6/14/00 1 PN   1      27.00        121.77    121.77
  0004 5/24/00  6/26/00 1 PN   1      35.00        157.85    157.85
  0005 5/24/00  5/31/00 1 PN   1      53.00        239.03    239.03
  0006 5/18/00  6/06/00 1 PN   1      25.00        112.75    112.75
  0007 5/17/00  5/30/00 1 PN   1      52.00        234.52    234.52
  0008 5/14/00  6/15/00 1 PN   1       8.00         36.08     36.08
  0009 5/10/00  5/17/00 1 PN   1      41.00        184.91    184.91


        Enter Selection    F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
      F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
  1:43 PM                                                             1/21/08
   14339  Group   111  Local           Last Period Reported      7/28/2004
   K W CONSTRUCTION INCORPORATED        Last Report Received      7/28/2004
   4235 KATONAH AVENUE                  Open Over/Under              168.76-
                                        Open Liq. Damages               .00
   BRONX           NY 10470             Open Interest                   .00
   718-325-0967
          Work    Deposit  Entry # of  Hours       ------- A M O U N T ---------
   Sel   Period    Date   Ty Fn Emps  Reported        Due     Received   Difference
   0001  5/05/00  5/24/00 1 PN   1      35.00        157.85    157.85
   0002  5/03/00  5/11/00 1 PN   1      40.00        180.40    180.40
   0003  4/28/00  5/24/00 1 PN   1      35.00        157.85    157.85
   0004  4/26/00  5/05/00 1 PN   1      42.00        189.42    189.42
   0005  4/21/00  5/24/00 1 PN   1      28.00        126.28    126.28
   0006  4/19/00  4/26/00 1 PN   1      40.00        180.40    180.40
   0007  4/12/00  4/17/00 1 PN   1      42.00        189.42    189.42
   0008  4/05/00  4/14/00 1 PN   1      37.00        166.87    166.87
   0009  3/29/00  4/13/00 1 PN   1      42.00        189.42    189.42


       Enter Selection    F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
     F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
   1:43 PM                                                             1/21/08
   14339  Group   111  Local              Last Period Reported      7/28/2004
   K W CONSTRUCTION INCORPORATED          Last Report Received      7/28/2004
   4235 KATONAH AVENUE                    Open Over/Under              168.76-
                                          Open Liq. Damages              .00
   BRONX          NY  10470               Open Interest                  .00
   718-325-0967
          Work     Deposit  Entry # of   Hours      ------- A M O U N T ---------
   Sel   Period    Date    Ty Fn Emps  Reported      Due     Received   Difference
   0001  3/22/00  4/05/00  1 PN   1      21.00       94.71     94.71
   0002  3/09/00  3/15/00  1 PN   1      35.00      157.85    157.85
   0003  3/01/00  3/07/00  1 PN   1      38.00      171.38    171.38
   0004  2/28/00  8/09/00  M PN   1      71.00
   0005  2/28/00  7/11/00  M PN   1      28.00
   0006  2/23/00  3/07/00  1 PN   1      38.00      171.38    171.38
   0007  1/30/00  8/09/00  M PN   1      48.00
   0008  1/12/00  1/19/00  1 PN   2      70.00      315.70    315.70
   0009  1/05/00  1/19/00  1 PN   2      64.00      288.64    288.64


        Enter Selection    F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
   F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```

```
Hello: DTRUAX              EMPLOYER CONTRIBUTIONS INQUIRY              HR0190C
  1:43 PM                                                             1/21/08
   14339  Group   111  Local              Last Period Reported      7/28/2004
   K W CONSTRUCTION INCORPORATED          Last Report Received      7/28/2004
   4235 KATONAH AVENUE                    Open Over/Under              168.76-
                                          Open Liq. Damages               .00
   BRONX            NY  10470             Open Interest                   .00
   718-325-0967
       Work    Deposit   Entry # of   Hours        ------ A M O U N T --------
 Sel  Period    Date   Ty Fn Emps  Reported       Due     Received   Difference
 0001 1/05/00  1/06/00 1 PN   1      32.00       144.32    144.32
 0002 12/29/99 1/19/00 1 PN   2      64.00       288.64    288.64
 0003 12/29/99 1/06/00 1 PN   1      32.00       144.32    144.32
 0004 12/22/99 1/19/00 1 PN   2      42.00       189.42    189.42
 0005 12/22/99 1/06/00 1 PN   1      21.00        94.71     94.71
 0006 12/31/98 0/00/00 M PN
 0007 11/30/98 0/00/00 M PN
 0008 10/31/98 0/00/00 M PN
 0009  9/30/98 0/00/00 M PN


        Enter Selection   F4->Adj.Codes  F5->Notes  F6->Over/Unders  F7->Detail
     F8->Payroll  F9->Totals  F10->O/U Summary  F11->Search Date  F12->New Employer
```