```
         United Brotherhood of Carpenters and Joiners of America
                        Referral/Dispatch Notice
              New York City & Vicinity District Council
                       Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : July 2, 2001  01:44:26 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Sal Antonucci

MEMBER INFORMATION

    Member ID  : U-2499-0831
    Name       : Eugene M Clarke
    Address    : *********
                 *********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : ACOUSTICAL CEILINGS, FRAMING, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 181
    Job Name   : P S 181
    Job Site   : 148-14 230th Street
                 Rosedale(queens), NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : July 3, 2001  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : August 2, 2001  05:10:14 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Sal Antonnucci
```

MEMBER INFORMATION

```
   Member ID  : U-4166-2307
   Name       : Jeffrey E Solomon
   Address    : *********
                *********
   Phone      :   Redacted
   Class      : Member - Regular
   Skill      : ACOUSTICAL CEILINGS, DRYWALL, FRAMING
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : P S 181 (I)
   Job Name   : P S 181 (i)
   Job Site   : 148-14 230th Street
                Brookville, Queens, NY

   Sup/Foreman:
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : August 2, 2001  Time: 07:00 AM
   Who Called : SAL ANTONUCCI
   Other Info : 1ST FLOOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00926
Referred   : August 9, 2001  12:56:30 PM
From List  : 608 CARP-BELOW 110TH STREET MANHATTAN
Bus. Agent : M Devereaux
```

MEMBER INFORMATION

```
   Member ID : U-8501-9617
   Name      : John Paul Dazle
   Address   : **********
               **********
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : P S 178 (I)
   Job Name  : P S 178 School (i)
   Job Site  : Elwood Ave & NAGLE
               Manhattan, NY

   Sup/Foreman:
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : August 10, 2001  Time: 07:00 AM
   Who Called : MARTIN DEVEREAUX
   Other Info : 2ND FLOOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : August 16, 2001  01:51:00 PM
From List  : 608 CARP-BELOW 110TH STREET MANHATTAN
Bus. Agent : M Devereaux
```

MEMBER INFORMATION

```
   Member ID : U-8460-6692
   Name      : Leslie Sweeney
   Address   : *********
               *********
   Phone     : Redacted  ----
   Class     : Member - Regular
   Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : P S 178 (I)
   Job Name   : P S 178 School (i)
   Job Site   : Elwood Ave & NAGLE
                Manhattan, NY

   Sup/Foreman:
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : August 17, 2001  Time: 07:00 AM
   Who Called : MARTIN DEVEREAUX
   Other Info : 2ND FLOOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : August 22, 2001  02:10:10 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Sal Ant
```

MEMBER INFORMATION

```
   Member ID  : U-3452-6240
   Name       : Steve Eustace Nurse
   Address    : *********
                *********
   Phone      : Redacted
   Class      : Member - Regular
   Skill      : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : P S 181 (I)
   Job Name   : P S 181 (i)
   Job Site   : 148-14 230th Street
                Brookville, Queens, NY

   Sup/Foreman:
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : August 23, 2001  Time: 07:00 AM
   Who Called : SAL ANTONUCCI
   Other Info : 1ST FLOOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00045
Referred   : August 28, 2001  05:39:44 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Sal Ant

MEMBER INFORMATION

    Member ID : U-4992-5357
    Name      : Kevin Kiernan
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 181 (I)
    Job Name   : P S 181 (i)
    Job Site   : 148-14 230th Street
                 Brookville, Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : August 28, 2001  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info : 1ST FLOOR

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr   : UBC00045
Referred    : August 28, 2001  12:37:07 PM
From List   : 45 CARPENTERS QUEENS
Bus. Agent  : S Antonucci

MEMBER INFORMATION

    Member ID  : U-8891-3839
    Name       : Eric Doren
    Address    : *********
                 *********
    Phone      :   Redacted
    Class      : Member - Regular
    Skill      : ACOUSTICAL CEILINGS, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 181 (I)
    Job Name   : P S 181 (i)
    Job Site   : 148-14 230th Street
                 Brookville, Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : August 29, 2001   Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info : 1ST FLOOR

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00157
Referred   : October 15, 2001  01:05:29 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Sal Antonucci

MEMBER INFORMATION

    Member ID : U-2258-5700
    Name      : Robert Toal
    Address   : **********
                **********
    Phone     :  Redacted
    Class     : Member - Regular
    Skill     : HARDWARE, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 195
    Job Name   : P S 195
    Job Site   : 253rd Rd & 49th Ave(near Jfk)
                 Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : October 16, 2001  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info :

```
            United Brotherhood of Carpenters and Joiners of America
                            Referral/Dispatch Notice
                       New York City & Vicinity District Council
                            Issuing Affiliate - 4112
```

```
Local Nbr   : UBC00157
Referred    : December 7, 2001  12:30:14 PM
From List   : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent  : McKeon Russo
```

MEMBER INFORMATION

```
   Member ID  : U-2049-8221
   Name       : Larry Carrington
   Address    : **********
                **********
   Phone      :    Redacted   ---
   Class      : Member - Regular
   Skill      : DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : CROSS ROAD DIAG
   Job Name   : Cross Road Diagnostic Center
   Job Site   : 1250 E 229th St & Needham Ave
                Bronx, NY

   Sup/Foreman: John
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : December 10, 2001  Time: 07:00 AM
   Who Called : TOM MCKEON & MIKE RUSSO
   Other Info : 2ND FLOOR
                BEHIND CARDINAL SPELLMAN H.S
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : December 12, 2001  12:39:20 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : McKeon/Russo

MEMBER INFORMATION

    Member ID : U-3140-6613
    Name      : Frank A Fernandez
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID    : CROSS ROAD DIAG
    Job Name  : Cross Road Diagnostic Center
    Job Site  : 1250 E 229th St & Needham Ave
                Bronx, NY

    Sup/Foreman: John
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : December 13, 2001  Time: 07:00 AM
    Who Called : TOM MCKEON & MIKE RUSSO
    Other Info : 2ND FLOOR
                 BEHIND CARDINAL SPELLMAN H.S

```
          United Brotherhood of Carpenters and Joiners of America
                          Referral/Dispatch Notice
                 New York City & Vicinity District Council
                         Issuing Affiliate - 4112

Local Nbr  : UBC00045
Referred   : February 25, 2002  01:01:55 PM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : John White

MEMBER INFORMATION

    Member ID  : U-3925-3683
    Name       : Thomas P Geyer
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Section 50 Disabled
    Skill      : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : GOLDSTEIN HIGH
    Job Name   : Goldstein High School
    Job Site   : 1830 Shore Blvd.
                 Brooklyn, NY

    Sup/Foreman: Kerin
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : February 26, 2002  Time: 07:30 AM
    Who Called : JOHN WHYTE 917-952-5107
    Other Info :
                 NEXT TO KINGS BORO COLLEGE
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC02090
Referred   : February 26, 2002  06:38:05 AM
From List  : 926 APPRENTICE CARPENTERS-BROOKLYN
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID : U-4128-7611
    Name      : Faustino Amigon
    Address   : **********
                **********
    Phone     :  Redacted
    Class     : Apprentice level 5
    Skill     : APPRENTICE 1ST YEAR

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : GOLDSTEIN HIGH
    Job Name   : Goldstein High School
    Job Site   : 1830 Shore Blvd.
                 Brooklyn, NY

    Sup/Foreman: Kerin
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : February 26, 2002  Time: 07:30 AM
    Who Called : JOHN WHYTE 917-952-5107
    Other Info :
                 NEXT TO KINGS BORO COLLEGE

```
          United Brotherhood of Carpenters and Joiners of America
                         Referral/Dispatch Notice
                 New York City & Vicinity District Council
                          Issuing Affiliate - 4112
```

```
Local Nbr   : UBC00926
Referred    : February 26, 2002  06:48:19 AM
From List   : 926 APPRENTICE CARPENTERS-BROOKLYN
Bus. Agent  : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-7280-6015
   Name      : Cornell M Mcintosh
   Address   : **********
               **********
   Phone     :    Redacted ----
   Class     : Member - Regular
   Skill     : APPRENTICE 2ND YEAR
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : GOLDSTEIN HIGH
   Job Name  : Goldstein High School
   Job Site  : 1830 Shore Blvd.
               Brooklyn, NY

   Sup/Foreman: Kerin
   Steward   :
   Site Phone :
   Site Fax  :

   Start Date : February 26, 2002  Time: 07:30 AM
   Who Called : JOHN WHYTE 917-952-5107
   Other Info :
               NEXT TO KINGS BORO COLLEGE
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : February 26, 2002  07:03:59 AM
From List  : 926 APPRENTICE CARPENTERS-BROOKLYN
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
  Member ID : U-6058-0236
  Name      : Ferris A Christian
  Address   : **********
              **********
  Phone     :    Redacted  ----
  Class     : Member - Regular
  Skill     : APPRENTICE 2ND YEAR
```

JOB INFORMATION

```
  Employer ID: 14339
  Employer   : K W Construction Incorporated
  Phone      : (718) 325-0967

  Job ID     : GOLDSTEIN HIGH
  Job Name   : Goldstein High School
  Job Site   : 1830 Shore Blvd.
               Brooklyn, NY

  Sup/Foreman: Kerin
  Steward    :
  Site Phone :
  Site Fax   :

  Start Date : February 26, 2002  Time: 07:30 AM
  Who Called : JOHN WHYTE 917-952-5107
  Other Info :
               NEXT TO KINGS BORO COLLEGE
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : March 8, 2002  12:51:27 PM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : M Donohue
```

MEMBER INFORMATION

```
    Member ID  : U-8112-0892
    Name       : Gerald Benndict Jones
    Address    : **********
                 **********
    Phone      :        Redacted
    Class      : Member - Regular
    Skill      : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : LEON GOLDSTEIN
    Job Name   : Leon Goldstein H. S
    Job Site   : End Of Shore Parkway
                 Oriental Beach, Bkly, NY

    Sup/Foreman: John White Cell#917-952-5107
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : March 11, 2002  Time: 07:00 AM
    Who Called : M.DONOHUE
    Other Info : 1ST FLOOR
                 LOCATED AT KINGS BORO COMM.COLLEGE
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr   : UBC00157
Referred    : March 8, 2002  05:30:50 AM
From List   : 926 APPRENTICE CARPENTERS-BROOKLYN
Bus. Agent  : George Memon

MEMBER INFORMATION

    Member ID  : U-6129-7787
    Name       : Demond Gray
    Address    : **********
                 **********
    Phone      :  Redacted
    Class      : Member - Regular
    Skill      : APPRENTICE 1ST YEAR

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : GOLDSTEIN HIGH
    Job Name   : Goldstein High School
    Job Site   : 1830 Shore Blvd.
                 Brooklyn, NY

    Sup/Foreman: Kerin
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : March 8, 2002  Time: 07:30 AM
    Who Called : JOHN WHYTE 917-952-5107
    Other Info :
                 NEXT TO KINGS BORO COLLEGE

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00926
Referred   : March 8, 2002  05:32:31 AM
From List  : 926 APPRENTICE CARPENTERS-BROOKLYN
Bus. Agent : George Memon
```

MEMBER INFORMATION

```
   Member ID : U-7335-6320
   Name      : David Greaves
   Address   : * * * * * * * * *
               * * * * * * * * *
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : APPRENTICE 1ST YEAR
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : GOLDSTEIN HIGH
   Job Name  : Goldstein High School
   Job Site  : 1830 Shore Blvd.
               Brooklyn, NY

   Sup/Foreman: Kerin
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : March 8, 2002  Time: 07:30 AM
   Who Called : JOHN WHYTE 917-952-5107
   Other Info :
               NEXT TO KINGS BORO COLLEGE
```

```
           United Brotherhood of Carpenters and Joiners of America
                        Referral/Dispatch Notice
                  New York City & Vicinity District Council
                        Issuing Affiliate - 4112

Local Nbr  : UBC00157
Referred   : March 27, 2002  12:10:40 PM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : Data is not available

MEMBER INFORMATION

   Member ID  : U-4172-8481
   Name       : Mark A McMillan
   Address    : **********
                **********
   Phone      : Redacted  ·----
   Class      : Early Retired
   Skill      : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : BROOKLYN TABERN
   Job Name   : Brooklyn Tabernacle
   Job Site   : 392 Fulton Street
                Brooklyn, NY

   Sup/Foreman:
   Steward    : Ed Ortega Cell# 646-522-417
   Site Phone :
   Site Fax   :

   Start Date : March 28, 2002  Time: 07:00 AM
   Who Called : JOE DINAPOLI
   Other Info : GROUND FLOOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : April 19, 2002  12:40:38 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : John Early
```

MEMBER INFORMATION

```
   Member ID : U-3235-4495
   Name      : Vincent T Mcintyre
   Address   : **********
               **********
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : 10 HOUR OSHA CERTIFIED, ACOUSTICAL CEILINGS, CPR CERTIFIED,
               FIRST AID CERTIFIED, LASER SAFETY (NYS DOL), UBC-CONSTR STEWARD
               SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : QUEENS FAMILY
   Job Name   : Queens Family Court
   Job Site   : 153rd Street & Jamaica Ave
                Jamaica, NY

   Sup/Foreman:
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : April 22, 2002  Time: 07:00 AM
   Who Called : JOHN EARLY
   Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : April 25, 2002  12:07:28 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID : U-8882-4356
    Name      : Patrick Russell
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : FINISH WOODWORK, FURNITURE, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 62
    Job Name   : P S 62
    Job Site   : 101 Ave & 108th St
                 Queens, NY

    Sup/Foreman: Kerain
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : April 26, 2002   Time: 07:30 AM
    Who Called : JOHN FROM K W
    Other Info :

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00045
Referred   : April 26, 2002  09:33:44 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
Member ID  : U-3925-3683
Name       : Thomas P Geyer
Address    : **********
             **********
Phone      : Redacted
Class      : Section 50 Disabled
Skill      : MEMBER SHAPED JOB
```

JOB INFORMATION

```
Employer ID: 14339
Employer   : K W Construction Incorporated
Phone      : (718) 325-0967

Job ID     : 101 AVE & 108ST
Job Name   : 101 Ave & 108 St P.S 62
Job Site   : 101 Ave & 108 St P.S 62
             Ozone Park, NY

Sup/Foreman:
Steward    :
Site Phone :
Site Fax   :

Start Date : April 26, 2002  Time: 12:00 AM
Who Called : Member shaped job
Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr   : UBC00045
Referred    : May 14, 2002  12:13:33 PM
From List   : 926 CARPENTERS BROOKLYN
Bus. Agent  : J Whyte
```

MEMBER INFORMATION

```
    Member ID  : U-3925-3683
    Name       : Thomas P Geyer
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Section 50 Disabled
    Skill      : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : GOLDSTEIN HIGH
    Job Name   : Goldstein High School
    Job Site   : 1830 Shore Blvd.
                 Brooklyn, NY

    Sup/Foreman: Kerin
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : May 15, 2002  Time: 07:30 AM
    Who Called : JOHN WHYTE 917-952-5107
    Other Info :
                 NEXT TO KINGS BORO COLLEGE
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : May 31, 2002  09:48:38 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Sal Antonucci
```

MEMBER INFORMATION

```
Member ID  : U-8967-7267
Name       : Dominic Philip
Address    : **********
             **********
Phone      : Redacted
Class      : Member - Regular
Skill      : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
Employer ID: 14339
Employer   : K W Construction Incorporated
Phone      : (718) 325-0967

Job ID     : 111TH ST 47TH A
Job Name   : P S 28
Job Site   : 111th St 47th Avenue
             Corona, NY

Sup/Foreman:
Steward    :
Site Phone :
Site Fax   :

Start Date : May 31, 2002  Time: 08:00 AM
Who Called : SAL ANTONUCCI
Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00157
Referred   : May 31, 2002  05:41:53 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : John From Co Called In.

MEMBER INFORMATION

    Member ID : U-6976-7438
    Name      : Paul Massop
    Address   : *********
                *********
    Phone     :  Redacted
    Class     : Member - Regular
    Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : 111TH ST 47TH A
    Job Name   : P S 28
    Job Site   : 111th St 47th Avenue
                 Corona, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : May 31, 2002  Time: 08:00 AM
    Who Called : SAL ANTONUCCI
    Other Info :

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00045
Referred   : June 12, 2002  12:12:51 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Early
```

MEMBER INFORMATION

```
  Member ID : U-1416-2801
  Name      : Jonathan Wile
  Address   : **********
              **********
  Phone     :  Redacted
  Class     : Member - Regular
  Skill     : ACOUSTICAL CEILINGS, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
  Employer ID: 14339
  Employer   : K W Construction Incorporated
  Phone      : (718) 325-0967

  Job ID     : QUEENS FAMILY
  Job Name   : Queens Family Court
  Job Site   : 153rd Street & Jamaica Ave
               Jamaica, NY

  Sup/Foreman:
  Steward    :
  Site Phone :
  Site Fax   :

  Start Date : June 13, 2002  Time: 07:00 AM
  Who Called : JOHN EARLY
  Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00157
Referred   : June 17, 2002  06:32:35 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Sal Antonucci

MEMBER INFORMATION

    Member ID : U-7919-9328
    Name      : Andrzej Waskow
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : P S 28
    Job Name  : P S 28
    Job Site  : 47th Ave & 111th Street
                Carona, NY

    Sup/Foreman:
    Steward   :
    Site Phone :
    Site Fax  :

    Start Date : June 17, 2002  Time: 12:00 AM
    Who Called : SAL ANTONUCCI
    Other Info : IMMEDIATE DISPATCH(TODAY/ASAP)

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00157
Referred   : August 8, 2002  01:02:07 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : S Antonucci

MEMBER INFORMATION

    Member ID : U-3060-0177
    Name      : Regis Philip
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 61
    Job Name   : P S 61
    Job Site   : 98-50 50th Ave
                 Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : August 9, 2002  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info : 1ST FL
                 DCO2 10000814

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : October 1, 2002  12:19:46 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID  : U-6350-5877
    Name       : Macliff Woodley
    Address    : *********
                 *********
    Phone      : Redacted  · ····
    Class      : Member - Regular
    Skill      : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : I S 5-QUEENS
    Job Name   : I S 5-queens
    Job Site   : Queens Blvd & Kneelan Rd
                 Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : October 2, 2002  Time: 07:00 AM
    Who Called : PAUL TYZNAR
    Other Info : IMMEDIATE DISPATCH(TODAY/ASAP)
                 DC02-10001541

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : November 12, 2002  06:47:24 AM
From List  : 157 CARPENTERS-EAST SIDE
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
Member ID  : U-4701-8693
Name       : John E Mullaney
Address    : *********
             *********
Phone      : Redacted
Class      : Member - Regular
Skill      : MEMBER SHAPED JOB
```

JOB INFORMATION

```
Employer ID: 14339
Employer   : K W Construction Incorporated
Phone      : (718) 325-0967

Job ID     : I S 5-QUEENS
Job Name   : I S 5-queens
Job Site   : Queens Blvd & Kneelan Rd
             Queens, NY

Sup/Foreman:
Steward    :
Site Phone :
Site Fax   :

Start Date : November 13, 2002  Time: 07:00 AM
Who Called : PAUL TYZNAR
Requested  : Member requested by K W Construction Incorporated
Other Info : IMMEDIATE DISPATCH(TODAY/ASAP)
             DC02-10001541
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : December 17, 2002  04:54:31 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Paul Tyznar
```

MEMBER INFORMATION

```
   Member ID : U-6544-4809
   Name      : Ronald Bellaby Jr
   Address   : *********
               *********
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : CEILING-CONCEALED Z 12X12, DRYWALL, FINISH WOODWORK, FRAMING,
               HARDWARE, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : I S 5-QUEENS
   Job Name  : I S 5-queens
   Job Site  : Queens Blvd & Kneelan Rd
               Queens, NY

   Sup/Foreman:
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : December 17, 2002  Time: 07:00 AM
   Who Called : PAUL TYZNAR
   Other Info : IMMEDIATE DISPATCH (TODAY/ASAP)
                DC02-10001541
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate – 4112

```
Local Nbr  : UBC00608
Referred   : January 21, 2003  01:09:44 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID  : U-5074-4266
    Name       : Chris Calabrese
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : ACOUSTICAL CEILINGS, CEILING-CONCEALED Z 12X12, DRYWALL, FIRE
                 STOP MATERIALS CERT, FRAMING, HARDWARE, HILTI/RAMSET POWDER
                 TOOL, LASER SAFETY (NYS DOL), UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : I S 61 QUEENS
    Job Name   : I S 61 Queens
    Job Site   : Cornner 99th St & 50th Ave
                 Carona (queens), NY

    Sup/Foreman: Morris
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : January 22, 2003  Time: 07:00 AM
    Who Called : JOHN WHITE WITH CELL# 917-952-5107
    Other Info :
                 DC02-10000814
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr   : UBC00608
Referred    : February 6, 2003  06:43:32 AM
From List   : 45 CARPENTERS QUEENS
Bus. Agent  : Data is not available

MEMBER INFORMATION

    Member ID : U-8505-5659
    Name      : Martin Devine
    Address   : **********
                **********
                **********
                  Redacted
    Phone     :
    Class     : Member - Regular
    Skill     : MEMBER SHAPED JOB

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : I S 61 (I)
    Job Name   : I S 61 (i)
    Job Site   : 98-50 50th Avenue
                 Carona, Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : February 6, 2003  Time: 07:00 AM
    Who Called :
    Requested  : Member requested by K W Construction Incorporated
    Other Info :

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : February 7, 2003  06:56:30 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID  : U-3315-1970
    Name       : Patrick G Gormley
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : MEMBER SHAPED JOB

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : I S 61 (I)
    Job Name   : I S 61 (i)
    Job Site   : 98-50 50th Avenue
                 Carona, Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : February 10, 2003  Time: 07:00 AM
    Who Called :
    Requested  : Member requested by K W Construction Incorporated
    Other Info :

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : February 10, 2003  11:23:23 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-8477-9844
    Name      : Coner G Healy
    Address   : **********
                **********
    Phone     : Redacted      ----
    Class     : Member - Regular
    Skill     : MEMBER SHAPED JOB
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : I S 61 (I)
    Job Name  : I S 61 (i)
    Job Site  : 98-50 50th Avenue
                Carona, Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : February 11, 2003  Time: 07:00 AM
    Who Called :
    Requested  : Member requested by K W Construction Incorporated
    Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : February 21, 2003  12:51:08 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID : U-5356-5789
    Name      : Thomas M. Pachla
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 229
    Job Name   : P S 229
    Job Site   : 1415 Weirfield Ave
                 Queens, NY

    Sup/Foreman: Con
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : February 24, 2003  Time: 07:00 AM
    Who Called : JOHN WHITE 917-592-5107
    Other Info :
                 DC03-10000776

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00045
Referred   : February 26, 2003  05:09:13 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Sal Antonucci
```

MEMBER INFORMATION

```
    Member ID : U-6221-0646
    Name      : Rene A. Castro
    Address   : **********
                **********
    Phone     :  Redacted
    Class     : Member - Regular
    Skill     : FINISH WOODWORK
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : P S 239
    Job Name  : P S 239
    Job Site  : 1715 Weirfield St
                Ridgewood, NY

    Sup/Foreman:
    Steward   :
    Site Phone :
    Site Fax  :

    Start Date : February 26, 2003  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info :
                 DC03-10002087
```

```
          United Brotherhood of Carpenters and Joiners of America
                          Referral/Dispatch Notice
                    New York City & Vicinity District Council
                          Issuing Affiliate - 4112
```

```
Local Nbr  : UBC00608
Referred   : April 4, 2003  02:42:48 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-6250-5132
   Name      : Cionaod Ocinneide
   Address   : **********
               **********
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : P S 239
   Job Name  : P S 239
   Job Site  : 1715 Weirfield St
               Ridgewood, NY

   Sup/Foreman:
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : April 5, 2003  Time: 07:00 AM
   Who Called : SAL ANTONUCCI
   Other Info :
                DC03-10002087
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr   : UBC00608
Referred    : April 4, 2003  02:30:38 PM
From List   : 45 CARPENTERS QUEENS
Bus. Agent  : Data is not available

MEMBER INFORMATION

    Member ID  : U-6250-5132
    Name       : Cionaod Ocinneide
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 239
    Job Name   : P S 239
    Job Site   : 1715 Weirfield St
                 Ridgewood, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : April 7, 2003  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info :
                 DC03-10002087

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr   : UBC00157
Referred    : April 18, 2003  12:48:33 PM
From List   : 926 CARPENTERS BROOKLYN
Bus. Agent  : Data is not available
```

MEMBER INFORMATION

```
  Member ID : U-2745-2569
  Name      : James E Savino
  Address   : *********
              *********
  Phone     : Redacted
  Class     : Member - Regular
  Skill     : METAL PAN CEILING, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
  Employer ID: 14339
  Employer  : K W Construction Incorporated
  Phone     : (718) 325-0967

  Job ID    : 330 JAY STREET
  Job Name  : 330 Jay Street
  Job Site  : 330 Jay Street
              Brooklyn, NY

  Sup/Foreman: John Or Vincent
  Steward    :
  Site Phone :
  Site Fax   :

  Start Date : April 21, 2003  Time: 07:00 AM
  Who Called : JOHN WHITE WITH CELL #917-952-5107
  Other Info : MEET AT LOADING DOCK ON JAY STREET
               DC03-10002313
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00157
Referred   : May 5, 2003  12:44:52 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

  Member ID  : U-3396-2749
  Name       : Peter Austern
  Address    : *********
               *********

  Phone      : Redacted
  Class      : Member - Regular
  Skill      : FINISH WOODWORK, FURNITURE, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

  Employer ID: 14339
  Employer   : K W Construction Incorporated
  Phone      : (718) 325-0967

  Job ID     : P S 268
  Job Name   : P S 268
  Job Site   : 175TH ST&Jamaica Ave
               So. Jamaica, Queens, NY

  Sup/Foreman:
  Steward    :
  Site Phone :
  Site Fax   :

  Start Date : May 6, 2003  Time: 07:00 AM
  Who Called : PAUL TYZNAR
  Other Info :
               DC03-10002578

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr   : UBC00045
Referred    : May 6, 2003  12:34:55 PM
From List   : 45 CARPENTERS QUEENS
Bus. Agent  : Data is not available
```

MEMBER INFORMATION

```
Member ID   : U-5382-0750
Name        : Robert A Knorr
Address     : **********
              **********
Phone       : Redacted
Class       : Member - Regular
Skill       : FINISH WOODWORK, FURNITURE, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
Employer ID: 14339
Employer   : K W Construction Incorporated
Phone      : (718) 325-0967

Job ID     : P S 268
Job Name   : P S 268
Job Site   : 175TH ST&Jamaica Ave
             So. Jamaica, Queens, NY

Sup/Foreman:
Steward    :
Site Phone :
Site Fax   :

Start Date : May 7, 2003  Time: 07:00 AM
Who Called : PAUL TYZNAR
Other Info :
             DC03-10002578
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr   : UBC00608
Referred    : May 23, 2003  01:36:52 PM
From List   : 45 CARPENTERS QUEENS
Bus. Agent  : Data is not available
```

MEMBER INFORMATION

```
    Member ID  : U-1244-1772
    Name       : Aubrey Jacobs
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 239
    Job Name   : P S 239
    Job Site   : 1715 Weirfield St
                 Ridgewood, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : May 24, 2003  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info :
                 DC03-10002087
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : May 28, 2003  12:12:17 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID  : U-6250-5132
    Name       : Cionaod Ocinneide
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : FINISH WOODWORK, HARDWARE, LICENCED LOCKSMITH, UBC-CONSTR
                 STEWARD SYSTEM, WELDER

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : 116-25 GUY BREW
    Job Name   : Brooklyn H S Of Law
    Job Site   : 116-25 Guy Brewer Blvd
                 Jamaica, NY

    Sup/Foreman: Foreman (john White)
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : May 30, 2003  Time: 07:00 AM
    Who Called : JOHN WHITE
    Other Info : DC03-10002970
                 HAVE MEMBER CALL JOHN

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : May 29, 2003  02:17:11 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-5745-3212
   Name      : Patrick Lally
   Address   : **********
             : **********
   Phone     : Redacted
   Class     : Early Retired
   Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : P S 234
   Job Name   : P S 234
   Job Site   : 30th Ave & 29th St
                Queens, NY

   Sup/Foreman:
   Steward    :
   Site Phone : (917) 952-5107
   Site Fax   :

   Start Date : May 30, 2003  Time: 07:00 AM
   Who Called : PAUL TYZNAR
   Other Info :
                dc03-10003007
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00157
Referred   : May 30, 2003  12:12:19 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID  : U-6976-7438
    Name       : Paul Massop
    Address    : *********
                 *********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : LAW ENFORCEMENT
    Job Name   : Law Enforcement H. S
    Job Site   : 116th Ave & Guy Brewer Blvd
                 So. Jamaica, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : May 31, 2003  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info : 1ST FLOOR
                 DC03-10002970

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00926
Referred   : May 30, 2003  12:26:54 PM
From List  : 45 APPRENTICE CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
Member ID  : U-3588-7493
Name       : Stanford Johnson
Address    : **********
             **********
Phone      : Redacted
Class      : Called Military Service
Skill      : APPRENTICE 1ST YEAR
```

JOB INFORMATION

```
Employer ID: 14339
Employer   : K W Construction Incorporated
Phone      : (718) 325-0967

Job ID     : LAW ENFORCEMENT
Job Name   : Law Enforcement H. S
Job Site   : 116th Ave & Guy Brewer Blvd
             So. Jamaica, NY

Sup/Foreman:
Steward    :
Site Phone :
Site Fax   :

Start Date : May 31, 2003  Time: 07:00 AM
Who Called : SAL ANTONUCCI
Other Info : 1ST FLOOR
             DC03-10002970
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr   : UBC00045
Referred    : May 30, 2003  12:24:03 PM
From List   : 45 APPRENTICE CARPENTERS QUEENS
Bus. Agent  : Data is not available

MEMBER INFORMATION

   Member ID  : U-7649-3475
   Name       : Nakim R. Muhammad
   Address    : *********
                **********

   Phone      : Redacted
   Class      : Apprentice
   Skill      : APPRENTICE 1ST YEAR

JOB INFORMATION

   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : LAW ENFORCEMENT
   Job Name   : Law Enforcement H. S
   Job Site   : 116th Ave & Guy Brewer Blvd
                So. Jamaica, NY

   Sup/Foreman:
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : May 31, 2003  Time: 07:00 AM
   Who Called : SAL ANTONUCCI
   Other Info : 1ST FLOOR
                DC03-10002970

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00020
Referred   : June 3, 2003  01:01:13 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID : U-4234-1630
    Name      : Guy C Biscette
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : FINISH WOODWORK

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : HIGH SCHOOL OF
    Job Name   : High School Of Law
    Job Site   : 116-25 Gur Brewer Blvd Off Lin
                 Jamaica, NY

    Sup/Foreman: Connor Cell# 917-902 5056
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : June 4, 2003  Time: 07:00 AM
    Who Called : JOHN WHITE
    Other Info : 5TH FLOOR
                 116-25 GUY BREWER BLVD OFF LINDEN BLVD

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00045
Referred   : June 3, 2003  01:07:19 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID  : U-6513-8298
    Name       : Kenmore A. James
    Address    : * *********
                 **********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : FINISH WOODWORK
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : HIGH SCHOOL OF
    Job Name   : High School Of Law
    Job Site   : 116-25 Gur Brewer Blvd Off Lin
                 Jamaica, NY

    Sup/Foreman: Connor Cell# 917-902 5056
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : June 4, 2003  Time: 07:00 AM
    Who Called : JOHN WHITE
    Other Info : 5TH FLOOR
                 116-25 GUY BREWER BLVD OFF LINDEN BLVD
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00045
Referred   : June 3, 2003  01:07:19 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
Member ID : U-6513-8298
Name      : Kenmore A. James
Address   : **********
            **********
Phone     : Redacted
Class     : Member - Regular
Skill     : FINISH WOODWORK
```

JOB INFORMATION

```
Employer ID: 14339
Employer   : K W Construction Incorporated
Phone      : (718) 325-0967

Job ID     : HIGH SCHOOL OF
Job Name   : High School Of Law
Job Site   : 116-25 Gur Brewer Blvd Off Lin
             Jamaica, NY

Sup/Foreman: Connor Cell# 917-902 5056
Steward    :
Site Phone :
Site Fax   :

Start Date : June 4, 2003  Time: 07:00 AM
Who Called : JOHN WHITE
Other Info : 5TH FLOOR
             116-25 GUY BREWER BLVD OFF LINDEN BLVD
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : June 10, 2003  02:15:58 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID  : U-2611-9422
    Name       : James W. Harrison
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Apprentice
    Skill      : APPRENTICE 1ST YEAR

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : I S 194
    Job Name   : I S 194
    Job Site   : Waterbury & Seabury Avenues
                 Bronx, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : June 11, 2003  Time: 07:00 AM
    Who Called : TOM MCKEON
    Other Info : GROUND FLOOR
                 DC03-10003209

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : June 10, 2003  02:20:51 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID  : U-6219-0369
    Name       : David M Baker
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : I S 194
    Job Name   : I S 194
    Job Site   : Waterbury & Seabury Avenues
                 Bronx, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : June 11, 2003  Time: 07:00 AM
    Who Called : TOM MCKEON
    Other Info : GROUND FLOOR
                 DC03-10003209
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : June 17, 2003  12:21:52 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-5197-1437
   Name      : Bienvenido Rivera
   Address   : **********
               **********
   Phone     :  Redacted
   Class     : Member - Regular
   Skill     : FINISH WOODWORK, FURNITURE, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : BRONX H.S OF LA
   Job Name   : Bronx H. S Of Law & govt
   Job Site   : Corn. 163rd St & Sherman Ave
                Bronx, NY

   Sup/Foreman:
   Steward    : Benny
   Site Phone :
   Site Fax   :

   Start Date : June 18, 2003  Time: 07:00 AM
   Who Called : TOM MCKEON
   Other Info : GROUND FLOOR
                DC03-10003368
                IMMEDIATE DISPATCH(TODAY/ASAP)
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00045
Referred   : June 18, 2003  01:44:05 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID  : U-6066-6387
    Name       : Erik Pacheco
    Address    : *********
                 *********
    Phone      : Redacted
    Class      : Apprentice level 1
    Skill      : APPRENTICE 1ST YEAR

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : HIGH SCHOOL I
    Job Name   : High School Of Law & Govt I
    Job Site   : 163rd Street & Sherman Ave
                 Bronx, NY

    Sup/Foreman:
    Steward    : Benny Rivera
    Site Phone :
    Site Fax   :

    Start Date : June 19, 2003  Time: 05:00 AM
    Who Called : ED MAUDSLEY
    Other Info : GROUND FLOOR

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : June 18, 2003  12:40:32 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-3396-2749
    Name      : Peter Austern
    Address   : *********
                *********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 268
    Job Name   : P S 268
    Job Site   : 175TH ST&Jamaica Ave
                 So. Jamaica, Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : June 19, 2003  Time: 07:00 AM
    Who Called : PAUL TYZNAR
    Other Info :
                 DC03-10002578
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00926
Referred   : June 18, 2003  01:41:27 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-2667-1335
   Name      : Jamaal C Phillips
   Address   : *********
               *********
   Phone     : Redacted
   Class     : Apprentice
   Skill     : APPRENTICE 1ST YEAR
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : HIGH SCHOOL I
   Job Name  : High School Of Law & Govt I
   Job Site  : 163rd Street & Sherman Ave
               Bronx, NY

   Sup/Foreman:
   Steward    : Benny Rivera
   Site Phone :
   Site Fax   :

   Start Date : June 19, 2003  Time: 05:00 AM
   Who Called : ED MAUDSLEY
   Other Info : GROUND FLOOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : June 19, 2003  12:28:19 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID  : U-5756-6425
    Name       : Kevin Harris
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Apprentice
    Skill      : APPRENTICE 3RD YEAR
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : HIGH SCHOOL I
    Job Name   : High School Of Law & Govt I
    Job Site   : 163rd Street & Sherman Ave
                 Bronx, NY

    Sup/Foreman:
    Steward    : Benny Rivera
    Site Phone :
    Site Fax   :

    Start Date : June 20, 2003  Time: 05:00 AM
    Who Called : ED MAUDSLEY
    Other Info : GROUND FLOOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00157
Referred   : June 19, 2003  12:08:58 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID  : U-5860-8140
    Name       : James Santos
    Address    : *********
                 *********
    Phone      : Redacted
    Class      : Apprentice
    Skill      : APPRENTICE 1ST YEAR

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : HIGH SCHOOL I
    Job Name   : High School Of Law & Govt I
    Job Site   : 163rd Street & Sherman Ave
                 Bronx, NY

    Sup/Foreman:
    Steward    : Benny Rivera
    Site Phone :
    Site Fax   :

    Start Date : June 20, 2003   Time: 05:00 AM
    Who Called : ED MAUDSLEY
    Other Info : GROUND FLOOR

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr   : UBC00608
Referred    : June 19, 2003  06:51:50 AM
From List   : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent  : Data is not available

MEMBER INFORMATION

    Member ID  : U-5492-1681
    Name       : Jason B. Torres
    Address    : *********
                 *********
    Phone      : Redacted
    Class      : Apprentice
    Skill      : APPRENTICE 1ST YEAR

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : HIGH SCHOOL I
    Job Name   : High School Of Law & Govt I
    Job Site   : 163rd Street & Sherman Ave
                 Bronx, NY

    Sup/Foreman:
    Steward    : Benny Rivera
    Site Phone :
    Site Fax   :

    Start Date : June 19, 2003  Time: 05:00 AM
    Who Called : ED MAUDSLEY
    Other Info : GROUND FLOOR

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : June 19, 2003  12:38:44 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-3946-0444
    Name      : Ronald Brown
    Address   : **********
                **********
    Phone     :  Redacted
    Class     : Member - Regular
    Skill     : APPRENTICE 3RD YEAR
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : HIGH SCHOOL I
    Job Name   : High School Of Law & Govt I
    Job Site   : 163rd Street & Sherman Ave
                 Bronx, NY

    Sup/Foreman:
    Steward    : Benny Rivera
    Site Phone :
    Site Fax   :

    Start Date : June 20, 2003  Time: 05:00 AM
    Who Called : ED MAUDSLEY
    Other Info : GROUND FLOOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : June 19, 2003  12:35:53 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID  : U-3895-2112
   Name       : Dawn Williams
   Address    : **********
                **********
   Phone      : Redacted
   Class      : Member - Regular
   Skill      : APPRENTICE 3RD YEAR
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : HIGH SCHOOL I
   Job Name   : High School Of Law & Govt I
   Job Site   : 163rd Street & Sherman Ave
                Bronx, NY

   Sup/Foreman:
   Steward    : Benny Rivera
   Site Phone :
   Site Fax   :

   Start Date : June 20, 2003  Time: 05:00 AM
   Who Called : ED MAUDSLEY
   Other Info : GROUND FLOOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00045
Referred   : June 19, 2003  12:20:50 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-5048-6115
   Name      : Dennis W. Russell
   Address   : **********
               **********
   Phone     : Redacted
   Class     : Apprentice
   Skill     : APPRENTICE 2ND YEAR
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : HIGH SCHOOL I
   Job Name  : High School Of Law & Govt I
   Job Site  : 163rd Street & Sherman Ave
               Bronx, NY

   Sup/Foreman:
   Steward    : Benny Rivera
   Site Phone :
   Site Fax   :

   Start Date : June 20, 2003  Time: 05:00 AM
   Who Called : ED MAUDSLEY
   Other Info : GROUND FLOOR
```

```
                United Brotherhood of Carpenters and Joiners of America
                            Referral/Dispatch Notice
                         New York City & Vicinity District Council
                             Issuing Affiliate - 4112

Local Nbr  : UBC00926
Referred   : June 19, 2003  12:31:50 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID  : U-3390-6142
    Name       : Jason Jones
    Address    : **********
                 **********
    Phone      :   Redacted
    Class      : Member - Regular
    Skill      : APPRENTICE 3RD YEAR

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : HIGH SCHOOL I
    Job Name   : High School Of Law & Govt I
    Job Site   : 163rd Street & Sherman Ave
                 Bronx, NY

    Sup/Foreman:
    Steward    : Benny Rivera
    Site Phone :
    Site Fax   :

    Start Date : June 20, 2003   Time: 05:00 AM
    Who Called : ED MAUDSLEY
    Other Info : GROUND FLOOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : June 24, 2003  05:18:08 AM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-4626-6692
   Name      : Mark S Gundersen
   Address   : **********
               **********
   Phone     :  Redacted
   Class     : Apprentice level 1
   Skill     : APPRENTICE 1ST YEAR
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : I S 194 (I)
   Job Name  : I S 194 (i)
   Job Site  : Zerega Ave & Waterbury Ave
               Bronx, NY

   Sup/Foreman: Timmy
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : June 24, 2003  Time: 07:00 AM
   Who Called : TOM MCKEON
   Other Info : GROUND FL
                DC03-10003209
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : June 24, 2003  05:49:39 AM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-5756-6425
    Name      : Kevin Harris
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Apprentice
    Skill     : APPRENTICE 3RD YEAR
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : I S 194 (I)
    Job Name  : I S 194 (i)
    Job Site  : Zerega Ave & Waterbury Ave
                Bronx, NY

    Sup/Foreman: Timmy
    Steward   :
    Site Phone :
    Site Fax  :

    Start Date : June 24, 2003  Time: 07:00 AM
    Who Called : TOM MCKEON
    Other Info : GROUND FL
                 DC03-10003209
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00045
Referred   : July 1, 2003  01:28:39 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-5110-1871
   Name      : Anthony Cuffy
   Address   : * * * * * * * * *
               * * * * * * * * *
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : I S 194 (I)
   Job Name   : I S 194 (i)
   Job Site   : Zerega Ave & Waterbury Ave
                Bronx, NY

   Sup/Foreman: Timmy
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : July 2, 2003  Time: 07:00 AM
   Who Called : TOM MCKEON
   Other Info : GROUND FL
                DC03-10003209
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : July 8, 2003  04:54:50 AM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
Member ID : U-2387-5427
Name      : Melbourne Sweeney
Address   : **********
            **********
Phone     :  Redacted
Class     : Member - Regular
Skill     : APPRENTICE 2ND YEAR
```

JOB INFORMATION

```
Employer ID: 14339
Employer   : K W Construction Incorporated
Phone      : (718) 325-0967

Job ID     : BRONX H.S OF LA
Job Name   : Bronx H. S Of Law & govt
Job Site   : Corn. 163rd St & Sherman Ave
             Bronx, NY

Sup/Foreman:
Steward    : Benny
Site Phone :
Site Fax   :

Start Date : July 8, 2003  Time: 07:00 AM
Who Called : TOM MCKEON
Other Info : GROUND FLOOR
             DC03-10003368
             IMMEDIATE DISPATCH(TODAY/ASAP)
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : July 8, 2003  12:07:16 PM
From List  : 45 APPRENTICE CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID  : U-4650-7466
   Name       : Angelo Scalici
   Address    : *********
                *********
   Phone      : Redacted
   Class      : Member - Regular
   Skill      : APPRENTICE 1ST YEAR
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : P S 268
   Job Name   : P S 268
   Job Site   : 175TH ST&Jamaica Ave
                So. Jamaica, Queens, NY

   Sup/Foreman:
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : July 9, 2003  Time: 07:00 AM
   Who Called : PAUL TYZNAR
   Other Info :
                DC03-10002578
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00926
Referred   : July 8, 2003  12:09:55 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID  : U-4003-8133
    Name       : Brian S Wronge
    Address    : **********
                 **********
    Phone      :   Redacted
    Class      : Member - Regular
    Skill      : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 234
    Job Name   : P S 234
    Job Site   : 30th Ave & 29th St
                 Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone : (917) 952-5107
    Site Fax   :

    Start Date : July 9, 2003  Time: 07:00 AM
    Who Called : PAUL TYZNAR
    Other Info :
                 dc03-10003007
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC02090
Referred   : July 9, 2003  12:17:43 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID : U-5895-9671
    Name      : Carlos W. Peralta
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : FINISH WOODWORK

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : HIGH SCHOOL(II)
    Job Name   : High School Of Law (II)
    Job Site   : Corn.GUY BREWER BLVD&LINDEN BL
                 Queens, NY

    Sup/Foreman: Conner Heeley #917-902-5056
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : July 10, 2003  Time: 07:00 AM
    Who Called : JOHN WHYTE WITH CELL# 917-952-5107
    Other Info : AUDITORIUM ON 1ST FLOOR
                 DC
                 CORNER GUY BREWER BLVD & LINDEN BLVD

```
          United Brotherhood of Carpenters and Joiners of America
                          Referral/Dispatch Notice
                    New York City & Vicinity District Council
                          Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : July 9, 2003  12:09:49 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

   Member ID : U-6893-0885
   Name      : John J Savino
   Address   : **********
               **********
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : HIGH SCHOOL(II)
   Job Name   : High School Of Law (II)
   Job Site   : Corn.GUY BREWER BLVD&LINDEN BL
                Queens, NY

   Sup/Foreman: Conner Heeley #917-902-5056
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : July 10, 2003  Time: 07:00 AM
   Who Called : JOHN WHYTE WITH CELL# 917-952-5107
   Other Info : AUDITORIUM ON 1ST FLOOR
                DC
                CORNER GUY BREWER BLVD & LINDEN BLVD
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : July 9, 2003  02:27:23 PM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-8225-6720
   Name      : James P Kay
   Address   : **********
               **********
   Phone     :   Redacted
   Class     : Member - Regular
   Skill     : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : FIRE HOUSE
   Job Name  : Fire House
   Job Site  : 43rd St & 12th Ave
               Borough Park, Bklyn., NY

   Sup/Foreman: Morris GALLAGHER #914-426-1814
   Steward   :
   Site Phone :
   Site Fax  :

   Start Date : July 10, 2003  Time: 07:00 AM
   Who Called : M DONOHUE
   Other Info : 2ND FLOOR
                DC03-10003751
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : July 18, 2003  09:22:27 AM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-6219-0369
    Name      : David M Baker
    Address   : **********
                **********
    Phone     :    Redacted
    Class     : Member - Regular
    Skill     : MEMBER SHAPED JOB
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : ZEREGA AVE
    Job Name  : Zerega Ave & Waterly Ave
    Job Site  : Zerega Ave & Waterly Ave
                Bronx, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : July 18, 2003  Time: 12:00 AM
    Who Called : Member
    Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : July 21, 2003  12:21:29 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : McKeon
```

MEMBER INFORMATION

```
   Member ID : U-4935-7086
   Name      : Sun Chan
   Address   : **********
               **********
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : FURNITURE
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : I S 194 (I)
   Job Name  : I S 194 (i)
   Job Site  : Zerega Ave & Waterbury Ave
               Bronx, NY

   Sup/Foreman: Timmy
   Steward   :
   Site Phone :
   Site Fax  :

   Start Date : July 22, 2003  Time: 07:00 AM
   Who Called : TOM MCKEON
   Other Info : GROUND FL
                DC03-10003209
```

```
          United Brotherhood of Carpenters and Joiners of America
                          Referral/Dispatch Notice
                    New York City & Vicinity District Council
                          Issuing Affiliate - 4112

Local Nbr  : UBC00157
Referred   : July 25, 2003  01:47:02 PM
From List  : 608 CARP-BELOW 110TH STREET MANHATTAN
Bus. Agent : Data is not available

MEMBER INFORMATION

   Member ID : U-7331-9126
   Name      : Easterly Francis
   Address   : *********
               *********
   Phone     :  Redacted
   Class     : Member - Regular
   Skill     : DRYWALL, FRAMING

JOB INFORMATION

   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : 4010 12TH AVE
   Job Name  : 4210 12th Ave
   Job Site  : 4210 12th Ave
               Ny, NY

   Sup/Foreman: Morris 914-426-1814
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : July 28, 2003  Time: 07:00 AM
   Who Called : JOHN WHITE 917-952-5107
   Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : July 28, 2003  12:46:59 PM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID : U-5594-5583
    Name      : Sterling Owen Stephen
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : DRYWALL, FRAMING

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : FIRE HOUSE I
    Job Name   : Fire House I
    Job Site   : 4210 12th Ave
                 Brooklyn, NY

    Sup/Foreman: Morris Gallaher #914-426-1814
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : July 29, 2003  Time: 07:00 AM
    Who Called : JOHN WHITE WITH CELL# 917-952-5107
    Other Info :

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr   : UBC00608
Referred    : July 30, 2003  02:39:36 PM
From List   : 926 CARPENTERS BROOKLYN
Bus. Agent  : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-7116-0266
   Name      : Eugeniusz Gruszfeld
   Address   : *********
               *********
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : DRYWALL, FRAMING
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : 4010 12TH AVE
   Job Name   : 4210 12th Ave
   Job Site   : 4210 12th Ave
                Ny, NY

   Sup/Foreman: Morris 914-426-1814
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : July 31, 2003  Time: 07:00 AM
   Who Called : JOHN WHITE 917-952-5107
   Other Info :
```

```
                United Brotherhood of Carpenters and Joiners of America
                              Referral/Dispatch Notice
                        New York City & Vicinity District Council
                              Issuing Affiliate - 4112

Local Nbr  : UBC00926
Referred   : July 30, 2003  02:33:17 PM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID : U-8430-5246
    Name      : Keith Dennis Patrick
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : DRYWALL, FRAMING

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : 4010 12TH AVE
    Job Name   : 4210 12th Ave
    Job Site   : 4210 12th Ave
                 Ny, NY

    Sup/Foreman: Morris 914-426-1814
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : July 31, 2003  Time: 07:00 AM
    Who Called : JOHN WHITE 917-952-5107
    Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : August 7, 2003  03:10:02 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-2275-8575
   Name      : Aiden H McDermott
   Address   : **********
               **********
   Phone     : Redacted
   Class     : Early Retired
   Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : I S 194 (I)
   Job Name  : I S 194 (i)
   Job Site  : Zerega Ave & Waterbury Ave
               Bronx, NY

   Sup/Foreman: Timmy
   Steward   :
   Site Phone :
   Site Fax  :

   Start Date : August 8, 2003  Time: 07:00 AM
   Who Called : TOM MCKEON
   Other Info : GROUND FL
                DC03-10003209
```

```
            United Brotherhood of Carpenters and Joiners of America
                            Referral/Dispatch Notice
                    New York City & Vicinity District Council
                            Issuing Affiliate - 4112
```

Local Nbr  : UBC00157
Referred   : August 12, 2003  12:28:44 PM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : Data is not available

MEMBER INFORMATION

```
    Member ID : U-8891-8180
    Name      : Lawrence E Perry Jr
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : DRYWALL, FRAMING
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : FIRE HOUSE I
    Job Name  : Fire House I
    Job Site  : 4210 12th Ave
                Brooklyn, NY

    Sup/Foreman: Morris Gallaher #914-426-1814
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : August 13, 2003  Time: 07:00 AM
    Who Called : JOHN WHITE WITH CELL# 917-952-5107
    Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : August 13, 2003  02:39:25 PM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-6052-1172
    Name      : Saeid I Hussein
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : DRYWALL, FRAMING
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : FIRE HOUSE
    Job Name   : Fire House
    Job Site   : 43rd St & 12th Ave
                 Borough Park, Bklyn., NY

    Sup/Foreman: Morris GALLAGHER #914-426-1814
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : August 14, 2003  Time: 07:00 AM
    Who Called : M DONOHUE
    Other Info : 2ND FLOOR
                 DC03-10003751
```

```
              United Brotherhood of Carpenters and Joiners of America
                              Referral/Dispatch Notice
                        New York City & Vicinity District Council
                              Issuing Affiliate - 4112

Local Nbr  : UBC01977
Referred   : August 21, 2003  07:33:11 AM
From List  : 45 APPRENTICE CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID : U-8278-4751
    Name      : Flavio C Beraldo
    Address   : **********
                **********
    Phone     :  Redacted
    Class     : Member - Regular
    Skill     : MEMBER SHAPED JOB

JOB INFORMATION

    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : GUY BREWER BLVD
    Job Name  : 116-25 Guy Brewer Blvd
    Job Site  : 116-25 Guy Brewer Blvd
                Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : August 21, 2003  Time: 12:00 AM
    Who Called : Member
    Other Info :
```

```
         United Brotherhood of Carpenters and Joiners of America
                        Referral/Dispatch Notice
               New York City & Vicinity District Council
                        Issuing Affiliate - 4112
```

Local Nbr  : UBC00608
Referred   : August 26, 2003  01:37:08 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available

MEMBER INFORMATION

```
    Member ID : U-5472-5649
    Name      : Gregory Macagnone
    Address   : **********
                **********
    Phone     :  Redacted
    Class     : Member - Regular
    Skill     : FINISH WOODWORK, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : P S 194
    Job Name   : P S 194
    Job Site   : Zerega Ave & Waterbury Ave
                 Bronx, NY

    Sup/Foreman: Timmy
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : August 27, 2003  Time: 07:00 AM
    Who Called : TOM MCKEON
    Other Info :
                 DC03-10004706
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : August 26, 2003  01:31:56 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-8241-5398
    Name      : Stephen H Sampson
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : FINISH WOODWORK
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : P S 194
    Job Name  : P S 194
    Job Site  : Zerega Ave & Waterbury Ave
                Bronx, NY

    Sup/Foreman: Timmy
    Steward   :
    Site Phone :
    Site Fax  :

    Start Date : August 27, 2003  Time: 07:00 AM
    Who Called : TOM MCKEON
    Other Info :
                DC03-10004706
```

```
            United Brotherhood of Carpenters and Joiners of America
                            Referral/Dispatch Notice
                      New York City & Vicinity District Council
                             Issuing Affiliate - 4112

Local Nbr  : UBC00157
Referred   : February 9, 2004  12:35:01 PM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID  : U-6909-3467
    Name       : Anthony Foster
    Address    : **********
                 **********
    Phone      :  Redacted
    Class      : Member - Regular
    Skill      : DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : GREENWOOD CEMET
    Job Name   : Greenwood Cemetry-HILLSIDE MOUSELEUM
    Job Site   : 25th Street & 5th Ave
                 Brooklyn, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : February 10, 2004  Time: 08:00 AM
    Who Called : GEORGE MEMON
    Other Info : IMMEDIATE DISPATCH(TODAY/ASAP)
                 DC04-10000586
```

```
                United Brotherhood of Carpenters and Joiners of America
                               Referral/Dispatch Notice
                         New York City & Vicinity District Council
                               Issuing Affiliate - 4112
```

```
Local Nbr  : UBC00157
Referred   : February 10, 2004  06:30:03 AM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID  : U-4077-9279
    Name       : Felix Fernandez
    Address    : *********
                 *********
    Phone      :   Redacted
    Class      : Member - Regular
    Skill      : DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : GREENWOOD CEMET
    Job Name   : Greenwood Cemetry-HILLSIDE MOUSELEUM
    Job Site   : 25th Street & 5th Ave
                 Brooklyn, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : February 10, 2004  Time: 08:00 AM
    Who Called : GEORGE MEMON
    Other Info : IMMEDIATE DISPATCH(TODAY/ASAP)
                 DC04-10000586
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : July 27, 2004  02:30:44 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-7608-3882
   Name      : Elizabeth Jones
   Address   : **********
               **********
   Phone     :  Redacted  ----
   Class     : Member - Regular
   Skill     : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : JOHN F KENNEDY
   Job Name  : John F Kennedy H. S
   Job Site  : W 230th St & Tibbet Ave
               Bronx, NY

   Sup/Foreman:
   Steward   :
   Site Phone :
   Site Fax  :

   Start Date : July 28, 2004  Time: 07:00 AM
   Who Called : MAURICE MCGRATH
   Other Info :
               DC04-10004536
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : July 27, 2004  02:37:21 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID : U-5652-5156
    Name      : Wayne Steven Knott
    Address   : *********
                *********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : ACOUSTICAL CEILINGS, DRYWALL, FRAMING

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID    : JOHN F KENNEDY
    Job Name  : John F Kennedy H. S
    Job Site  : W 230th St & Tibbet Ave
                Bronx, NY

    Sup/Foreman:
    Steward   :
    Site Phone :
    Site Fax  :

    Start Date : July 28, 2004  Time: 07:00 AM
    Who Called : MAURICE MCGRATH
    Other Info :

                DC04-10004536

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : July 30, 2004  08:39:21 AM
From List  : 608 CARP-BELOW 110TH STREET MANHATTAN
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
Member ID  : U-7313-9873
Name       : John F. Meaney
Address    : **********
             **********
Phone      : Redacted
Class      : Member - Regular
Skill      : MEMBER SHAPED JOB
```

JOB INFORMATION

```
Employer ID: 14339
Employer   : K W Construction Incorporated
Phone      : (718) 325-0967

Job ID     : JFK HIGH SCHOOL
Job Name   : Jfk High School
Job Site   : 1900 Terrace Ave
             Bronx, NY

Sup/Foreman:
Steward    :
Site Phone :
Site Fax   :

Start Date : July 30, 2004  Time: 07:00 AM
Who Called :
Requested  : Member requested by K W Construction Incorporated
Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00020
Referred   : August 13, 2004  01:52:15 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID  : U-7758-1229
    Name       : Matthew L Blackburn
    Address    : *********
                 *********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : ACOUSTICAL CEILINGS, DRYWALL, FRAMING

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : JOHN F KENNEDY
    Job Name   : John F Kennedy H. S
    Job Site   : W 230th St & Tibbet Ave
                 Bronx, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : August 16, 2004   Time: 07:00 AM
    Who Called : MAURICE MCGRATH
    Other Info :
                 DC04-10004536

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : October 8, 2004  01:01:52 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
Member ID  : U-3074-3945
Name       : Gregory Calabrese
Address    : **********
             **********
Phone      : Redacted
Class      : Member - Regular
Skill      : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, HILTI/RAMSET POWDER
             TOOL, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
Employer ID: 14339
Employer   : K W Construction Incorporated
Phone      : (718) 325-0967

Job ID     : SCHOOL SAFETY
Job Name   : School Safety
Job Site   : 28-01 Queens Plaza North Llc
             Queens, NY

Sup/Foreman:
Steward    :
Site Phone :
Site Fax   :

Start Date : October 12, 2004  Time: 07:00 AM
Who Called : SAL ANTONUCCI
Other Info :
             DC04-10006172
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : October 8, 2004  01:01:52 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID  : U-3074-3945
    Name       : Gregory Calabrese
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, HILTI/RAMSET POWDER
                 TOOL, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : SCHOOL SAFETY
    Job Name   : School Safety
    Job Site   : 28-01 Queens Plaza North Llc
                 Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : October 12, 2004  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info :
                 DC04-10006172
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : October 18, 2004  05:40:37 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-4229-2260
    Name      : Scottie T Cabrera
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, HILTI/RAMSET POWDER
                TOOL, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : SCHOOL SAFETY I
    Job Name  : School Safety I
    Job Site  : 28-11 Queens Plaza North
                L. I. City(queens), NY

    Sup/Foreman: Vinny
    Steward   :
    Site Phone : (917) 902-5068
    Site Fax  :

    Start Date : October 18, 2004  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info : 6TH & 9TH FLOOR
                 DC04-10006172
```

```
                United Brotherhood of Carpenters and Joiners of America
                              Referral/Dispatch Notice
                        New York City & Vicinity District Council
                              Issuing Affiliate - 4112
```

```
Local Nbr  : UBC00608
Referred   : October 19, 2004  11:14:13 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-3315-1970
    Name      : Patrick G Gormley
    Address   : **********
                **********
    Phone     :  Redacted
    Class     : Member - Regular
    Skill     : MEMBER SHAPED JOB
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : 2811 QUEENSBORO
    Job Name  : 2811 Queens Boro Plaza
    Job Site  : 2811 Queens Boro Plaza
                Queens, NY

    Sup/Foreman:
    Steward   :
    Site Phone :
    Site Fax  :

    Start Date : October 19, 2004  Time: 07:00 AM
    Who Called : member shaped own job
    Other Info :
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr   : UBC00926
Referred    : October 25, 2004  12:25:58 PM
From List   : 45 CARPENTERS QUEENS
Bus. Agent  : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-1269-5581
   Name      : Ronald Matthew Granville
   Address   : *********
               *********
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : DRYWALL, FRAMING
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : 29-11 QUEENS PL
   Job Name   : 28-11 Queens Plaza North
   Job Site   : 28-11 Queens Plaza North
                L I City, NY

   Sup/Foreman: Vincent
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : October 26, 2004  Time: 07:00 AM
   Who Called : SAL ANTONUCCI
   Other Info : 9TH FL
                DC04-10007267
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : October 25, 2004  12:19:37 PM
From List  : 45 APPRENTICE CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-7092-1814
   Name      : Christopher Charles Powell
   Address   : **********
               **********
   Phone     : Redacted
   Class     : Apprentice level 1
   Skill     : APPRENTICE 1ST YEAR
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : 29-11 QUEENS PL
   Job Name   : 28-11 Queens Plaza North
   Job Site   : 28-11 Queens Plaza North
                L I City, NY

   Sup/Foreman: Vincent
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : October 26, 2004  Time: 07:00 AM
   Who Called : SAL ANTONUCCI
   Other Info : 9TH FL
                DC04-10007267
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00045
Referred   : October 25, 2004  12:52:08 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-2561-2537
   Name      : David Rodriguez
   Address   : **********
               **********
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : MEMBER SHAPED JOB
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer  : K W Construction Incorporated
   Phone     : (718) 325-0967

   Job ID    : DEPT OF EDUCATI
   Job Name  : Dept Of Education
   Job Site  : 29-11 Queens Plaza North
               Queens, NY

   Sup/Foreman:
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : October 26, 2004  Time: 07:00 AM
   Who Called :
   Requested  : Member requested by K W Construction Incorporated
   Other Info : 6TH FL
                IND CONTRACTOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : October 25, 2004  12:52:34 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-1051-9931
    Name      : David Brian Donaghey
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : MEMBER SHAPED JOB
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : DEPT OF EDUCATI
    Job Name  : Dept Of Education
    Job Site  : 29-11 Queens Plaza North
                Queens, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : October 26, 2004  Time: 07:00 AM
    Who Called :
    Requested  : Member requested by K W Construction Incorporated
    Other Info : 6TH FL
                 IND CONTRACTOR
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : October 26, 2004  12:58:52 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-8810-4347
    Name      : Stephen B Pettit
    Address   : *********
                *********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : DRYWALL
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : DEPT OF SPECIAL
    Job Name  : Dept. Of Special Education
    Job Site  : 28-11 Queens Plaza North
                L I City, NY

    Sup/Foreman: Vincent #917-902-5068
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : October 27, 2004  Time: 07:00 AM
    Who Called : JOHN WHYTE CELL# 917-952-5107
    Other Info : 6TH FLOOR
```

```
              United Brotherhood of Carpenters and Joiners of America
                             Referral/Dispatch Notice
                       New York City & Vicinity District Council
                             Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : December 6, 2004  12:23:51 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID  : U-7565-8369
    Name       : Donald Murray
    Address    : *********
                 *********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : DRYWALL, FRAMING, HARDWARE, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : DEPT.OF TRANSPO
    Job Name   : Dept. Of Transportation
    Job Site   : 28-11 Queens Plaza North
                 L I City, NY

    Sup/Foreman: Vinny
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : December 7, 2004  Time: 07:00 AM
    Who Called : JOHN WHYTE CELL# 917-952-5107
    Other Info : 9TH FLOOR
                 DC04-10007267
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : January 3, 2005  12:22:56 PM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID  : U-2472-6614
    Name       : Thomas Baudille
    Address    : *********
                 *********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : ACOUSTICAL CEILINGS, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : ADAMS & TILLARY
    Job Name   : Federal Court House
    Job Site   : Adams & Tillary Sts
                 Brooklyn, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : January 4, 2005  Time: 07:00 AM
    Who Called : GEORGE MEMON
    Other Info : Meet Milla at Security Booth
                 DC05-10000027
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr   : UBC00608
Referred    : January 5, 2005  01:10:15 PM
From List   : 45 CARPENTERS QUEENS
Bus. Agent  : Data is not available
```

MEMBER INFORMATION

```
Member ID  : U-2644-3301
Name       : Sean Darcy
Address    : **********
             **********
Phone      : Redacted
Class      : Member - Regular
Skill      : ACOUSTICAL CEILINGS, CEILING-CONCEALED Z 12X12, UBC-CONSTR
             STEWARD SYSTEM
```

JOB INFORMATION

```
Employer ID: 14339
Employer   : K W Construction Incorporated
Phone      : (718) 325-0967

Job ID     : DEPT OF EDUCA X
Job Name   : Dept. Of Education X
Job Site   : 29-11 Queens Plaza North
             L. I. City, NY

Sup/Foreman: Connor #917-902-5056
Steward    :
Site Phone :
Site Fax   :

Start Date : January 6, 2005  Time: 07:00 AM
Who Called : JOHN WHYTE CELL# 917-952-5107
Other Info : 9TH FLOOR
             DC04-10007267
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr   : UBC00045
Referred    : January 6, 2005  01:00:21 PM
From List   : 45 CARPENTERS QUEENS
Bus. Agent  : Data is not available

MEMBER INFORMATION

    Member ID  : U-8941-4773
    Name       : Edmund Robert Paulin
    Address    : *********
                 *********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : ACOUSTICAL CEILINGS, CEILING-CONCEALED Z 12X12, UBC-CONSTR
                 STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : SCHOOL SAFETY I
    Job Name   : School Safety I
    Job Site   : 28-11 Queens Plaza North
                 L. I. City(queens), NY

    Sup/Foreman: Vinny
    Steward    :
    Site Phone : (917) 902-5068
    Site Fax   :

    Start Date : January 7, 2005  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info : 6TH & 9TH FLOOR
                 DC04-10006172

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00608
Referred   : January 7, 2005  12:36:36 PM
From List  : 926 CARPENTERS BROOKLYN
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID : U-8777-0337
    Name      : Christopher Wszolek
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : ACOUSTICAL CEILINGS, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : FEDERAL COURT
    Job Name  : Federal Court
    Job Site  : Tillary St & Adam St
                Brooklyn, NY

    Sup/Foreman:
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : January 10, 2005  Time: 07:00 AM
    Who Called : GEORGE MEMON
    Other Info : BASEMENT
                 DC05-10000027

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : January 7, 2005  01:31:15 PM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-1890-9658
    Name      : Michael Stama
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, HARDWARE, UBC-CONSTR
                STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : 29-11 QUEENS PL
    Job Name   : 28-11 Queens Plaza North
    Job Site   : 28-11 Queens Plaza North
                 L I City, NY

    Sup/Foreman: Vincent
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : January 10, 2005  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info : 9TH FL
                 DC04-10007267
```

```
          United Brotherhood of Carpenters and Joiners of America
                          Referral/Dispatch Notice
                    New York City & Vicinity District Council
                          Issuing Affiliate - 4112

Local Nbr  : UBC00045
Referred   : January 10, 2005  12:46:53 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available

MEMBER INFORMATION

   Member ID : U-5140-5488
   Name      : Michael Iacono
   Address   : **********
               **********
   Phone     : Redacted
   Class     : member - Regular
   Skill     : METAL PAN CEILING, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : BX COURTHOUSE
   Job Name   : Bronx Courthouse
   Job Site   : 161st St & Morris Ave
                Bronx, NY

   Sup/Foreman: Vinny
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : January 11, 2005  Time: 07:00 AM
   Who Called : TOM MCKEON
   Other Info : 5TH FLOOR
                DC04-10004287
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00608
Referred   : January 10, 2005  12:37:14 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-4677-9366
    Name      : Phil J. Mondello
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Apprentice
    Skill     : APPRENTICE 1ST YEAR
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : BX COURTHOUSE
    Job Name  : Bronx Courthouse
    Job Site  : 161st St & Morris Ave
                Bronx, NY

    Sup/Foreman: Vinny
    Steward   :
    Site Phone :
    Site Fax  :

    Start Date : January 11, 2005  Time: 07:00 AM
    Who Called : TOM MCKEON
    Other Info : 5TH FLOOR
                 DC04-10004287
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00926
Referred   : January 10, 2005  12:41:10 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID  : U-7804-0191
    Name       : Orson E Sawyer
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Apprentice
    Skill      : APPRENTICE 1ST YEAR
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : BX COURTHOUSE
    Job Name   : Bronx Courthouse
    Job Site   : 161st St & Morris Ave
                 Bronx, NY

    Sup/Foreman: Vinny
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : January 11, 2005  Time: 07:00 AM
    Who Called : TOM MCKEON
    Other Info : 5TH FLOOR
                 DC04-10004287
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

Local Nbr  : UBC00926
Referred   : January 10, 2005  12:43:35 PM
From List  : 608 NORTH APPRENTICE CARPENTERS-ABOVE 110TH ST
Bus. Agent : Data is not available

MEMBER INFORMATION

    Member ID : U-3126-8483
    Name      : Marlon Dale Mindley
    Address   : *********
                *********
    Phone     : Redacted
    Class     : Apprentice
    Skill     : APPRENTICE 1ST YEAR

JOB INFORMATION

    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : BX COURTHOUSE
    Job Name   : Bronx Courthouse
    Job Site   : 161st St & Morris Ave
                 Bronx, NY

    Sup/Foreman: Vinny
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : January 11, 2005  Time: 07:00 AM
    Who Called : TOM MCKEON
    Other Info : 5TH FLOOR
                 DC04-10004287

```
            United Brotherhood of Carpenters and Joiners of America
                              Referral/Dispatch Notice
                      New York City & Vicinity District Council
                              Issuing Affiliate - 4112

Local Nbr  : UBC00045
Referred   : January 12, 2005  07:19:46 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : Data is not available

MEMBER INFORMATION

   Member ID : U-8196-6290
   Name      : Joseph J. Reilly
   Address   : *********
               *********
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM

JOB INFORMATION

   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : SCHOOL SAFET II
   Job Name   : School Safety II
   Job Site   : 28-11 Queens Plaza North
                L I City, NY

   Sup/Foreman: Vincent
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : January 12, 2005  Time: 07:00 AM
   Who Called : SAL ANTONUCCI
   Other Info : 9TH FLOOR
                DC04-10006172
                IMMEDIATE DISPATCH(TODAY/ASAP)
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr   : UBC00157
Referred    : January 12, 2005  11:08:59 AM
From List   : 45 CARPENTERS QUEENS
Bus. Agent  : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-1518-9320
    Name      : Peter H Amira
    Address   : **********
                **********
    Phone     : Redacted
    Class     : Member - Regular
    Skill     : MEMBER SHAPED JOB
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : SCHOOL SAFET II
    Job Name   : School Safety II
    Job Site   : 28-11 Queens Plaza North
                 L I City, NY

    Sup/Foreman: Vincent
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : January 12, 2005  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info : 9TH FLOOR
                 DC04-10006172
                 IMMEDIATE DISPATCH(TODAY/ASAP)
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : January 12, 2005  09:56:28 AM
From List  : 45 CARPENTERS QUEENS
Bus. Agent : We Had To Shape This Member
```

MEMBER INFORMATION

```
    Member ID  : U-1518-9320
    Name       : Peter H Amira
    Address    : *********
                 *********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : SCHOOL SAFET II
    Job Name   : School Safety II
    Job Site   : 28-11 Queens Plaza North
                 L I City, NY

    Sup/Foreman: Vincent
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : January 12, 2005  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info : 9TH FLOOR
                 DC04-10006172
                 IMMEDIATE DISPATCH(TODAY/ASAP)
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr   : UBC00157
Referred    : January 12, 2005  09:52:18 AM
From List   : 45 CARPENTERS QUEENS
Bus. Agent  : Data is not available
```

MEMBER INFORMATION

```
    Member ID  : U-1518-9320
    Name       : Peter H Amira
    Address    : **********
                 **********
    Phone      : Redacted
    Class      : Member - Regular
    Skill      : ACOUSTICAL CEILINGS, DRYWALL, FRAMING, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer   : K W Construction Incorporated
    Phone      : (718) 325-0967

    Job ID     : SCHOOL SAFET II
    Job Name   : School Safety II
    Job Site   : 28-11 Queens Plaza North
                 L I City, NY

    Sup/Foreman: Vincent
    Steward    :
    Site Phone :
    Site Fax   :

    Start Date : January 12, 2005  Time: 07:00 AM
    Who Called : SAL ANTONUCCI
    Other Info : 9TH FLOOR
                 DC04-10006172
                 IMMEDIATE DISPATCH(TODAY/ASAP)
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : January 21, 2005  05:08:41 AM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
    Member ID : U-5378-2959
    Name      : Stephen M Smith
    Address   : **********
                **********
    Phone     :  Redacted
    Class     : Member - Regular
    Skill     : METAL PAN CEILING, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
    Employer ID: 14339
    Employer  : K W Construction Incorporated
    Phone     : (718) 325-0967

    Job ID    : BX COURTHOUSE
    Job Name  : Bronx Courthouse
    Job Site  : 161st St & Morris Ave
                Bronx, NY

    Sup/Foreman: Vinny
    Steward   :
    Site Phone :
    Site Fax  :

    Start Date : January 21, 2005  Time: 07:00 AM
    Who Called : TOM MCKEON
    Other Info : 5TH FLOOR
                 DC04-10004287
```

United Brotherhood of Carpenters and Joiners of America
Referral/Dispatch Notice
New York City & Vicinity District Council
Issuing Affiliate - 4112

```
Local Nbr  : UBC00157
Referred   : January 25, 2005  12:31:00 PM
From List  : 608 NORTH CARP-ABOVE 110TH STREET AND BRONX
Bus. Agent : Data is not available
```

MEMBER INFORMATION

```
   Member ID : U-6880-8827
   Name      : Gregory A Clinton
   Address   : *********
               *********
   Phone     : Redacted
   Class     : Member - Regular
   Skill     : METAL PAN CEILING, UBC-CONSTR STEWARD SYSTEM
```

JOB INFORMATION

```
   Employer ID: 14339
   Employer   : K W Construction Incorporated
   Phone      : (718) 325-0967

   Job ID     : BX COURTHOUSE
   Job Name   : Bronx Courthouse
   Job Site   : 161st St & Morris Ave
                Bronx, NY

   Sup/Foreman: Vinny
   Steward    :
   Site Phone :
   Site Fax   :

   Start Date : January 26, 2005  Time: 07:00 AM
   Who Called : TOM MCKEON
   Other Info : 5TH FLOOR
                DC04-10004287
```