**UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA**
INSTITUTED AUGUST 12, 1881
395 HUDSON STREET
NEW YORK, NEW YORK 10014
PHONE: (212) 366-7500
FAX: (212) 675-3140

| CARPENTER BUILDING COMMERCIAL | AGREEMENT | CARPENTER BUILDING COMMERCIAL |

# WAGES

### WAGES (per hour) JULY 1st, 2001 to JUNE 30th, 2006

|  | 07/01/01 TO 12/31/01 | 01/01/02 TO 06/30/02 | 07/01/02 TO 12/31/02 | 01/01/03 TO 06/30/03 | 07/01/03 TO 06/30/04 | 07/01/04 TO 06/30/05 | 07/01/05 TO 06/30/06 |
|---|---|---|---|---|---|---|---|
| JOURNEYMAN | $33.68 | $35.09 | $35.67 | $37.36 | $38.78 | $39.25 | $40.25 |
| FOREMAN | $36.68 | $38.09 | $38.67 | $40.36 | $41.78 | $42.25 | $43.25 |
| GENERAL FOREMAN | $39.68 | $41.09 | $41.67 | $43.36 | $44.78 | $45.25 | $46.25 |

### APPRENTICE WAGES (per hour) JULY 1st, 2001 to JUNE 30th, 2006

|  | 07/01/01 TO 12/31/01 | 01/01/02 TO 06/30/02 | 07/01/02 TO 12/31/02 | 01/01/03 TO 06/30/03 | 07/01/03 TO 06/30/04 | 07/01/04 TO 06/30/05 | 07/01/05 TO 06/30/06 |
|---|---|---|---|---|---|---|---|
| FIRST YEAR | $13.47 | $14.04 | $14.27 | $14.94 | $15.51 | $15.70 | $16.10 |
| SECOND YEAR | $16.84 | $17.55 | $17.84 | $18.68 | $19.39 | $19.62 | $20.12 |
| THIRD YEAR | $21.89 | $22.81 | $23.19 | $24.28 | $25.21 | $25.51 | $26.16 |
| FOURTH YEAR | $26.94 | $28.07 | $28.54 | $29.89 | $31.02 | $31.40 | $32.20 |

DISTRICT COUNCIL OF
# UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA

INSTITUTED AUGUST 12, 1881
395 HUDSON STREET
NEW YORK, NEW YORK 10014
PHONE: (212) 366-7500
FAX: (212) 675-3140

**CARPENTER BUILDING COMMERCIAL**     **AGREEMENT**     **CARPENTER BUILDING COMMERCIAL**

# REVISED
# FRINGE BENEFITS
## JOURNEYMAN, FOREMAN & GENERALFOREMAN

### FRINGE BENEFITS (per hour) JULY 1st, 2001 to JUNE 30th, 2006

| | 07/01/01 TO 12/31/01 | 01/01/02 TO 06/30/02 | 07/01/02 TO 12/31/02 | 01/01/03 TO 06/30/03 | 07/01/03 TO 06/30/04 | 07/01/04 TO 06/30/05 | 07/01/05 TO 06/30/06 |
|---|---|---|---|---|---|---|---|
| WELFARE | $ 8.80 | $ 8.80 | $ 8.80 | $ 8.80 | $ 8.00 | $ 9.00 | $ 9.50 |
| PENSION | $ 5.41 | $ 5.41 | $ 5.91 | $ 5.91 | $ 6.36 | $ 6.81 | $ 7.81 |
| ANNUITY | $ 4.70 | $ 4.70 | $ 5.20 | $ 5.20 | $ 5.65 | $ 6.10 | $ 6.10 |
| A.J.R.E.I.F. | $ 0.29 | $ 0.29 | $ 0.35 | $ 0.35 | $ 0.50 | $ 0.50 | $ 0.50 |
| VACATION | $ 4.40 | $ 4.40 | $ 4.40 | $ 4.40 | $ 4.50 | $ 4.95 | $ 5.41 |
| SUPPLEMENTAL | $ 0.04 | $ 0.04 | $ 0.04 | $ 0.04 | $ 0.04 | $ 0.04 | $ 0.04 |
| INT'L BRTHHD CARP (IBC) | $ 0.06 | $ 0.06 | $ 0.06 | $ 0.06 | $ 0.06 | $ 0.06 | $ 0.06 |
| SUPPLEMENTAL PENSION | | | | | $ 1.00 | $ 1.00 | $ 1.00 |
| N.Y.D.C.C. LABOR/MGT. | $ 0.10 | $ 0.10 | $ 0.15 | $ 0.15 | $ 0.20 | $ 0.20 | $ 0.20 |
| TOTAL FRINGES | $23.80 | $23.80 | $24.91 | $24.91 | $26.31 | $28.66 | $30.62 |

Page 2

# UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA

INSTITUTED AUGUST 12, 1881
395 HUDSON STREET
NEW YORK, NEW YORK 10014
PHONE: (212) 366-7500
FAX: (212) 675-3140

**CARPENTER BUILDING COMMERCIAL**  **AGREEMENT**  **CARPENTER BUILDING COMMERCIAL**

## REVISED FRINGE BENEFITS ALL APPRENTICES

### FRINGE BENEFITS (per hour) JULY 1st, 2001 to JUNE 30th, 2006

|  | 07/01/01 TO 12/31/01 | 01/01/02 TO 06/30/02 | 07/01/02 TO 12/31/02 | 01/01/03 TO 06/30/03 | 07/01/03 TO 06/30/04 | 07/01/04 TO 06/30/05 | 07/01/05 TO 06/30/06 |
|---|---|---|---|---|---|---|---|
| WELFARE | $8.80 | $8.80 | $8.80 | $8.80 | $8.00 | $9.00 | $9.50 |
| PENSION | $2.71 | $2.71 | $2.96 | $2.96 | $3.18 | $3.41 | $3.90 |
| ANNUITY | $2.35 | $2.35 | $2.60 | $2.60 | $2.83 | $3.05 | $3.05 |
| A.J.R.E.I.F. | $0.29 | $0.29 | $0.35 | $0.35 | $0.50 | $0.50 | $0.50 |
| VACATION | $2.20 | $2.20 | $2.20 | $2.20 | $2.25 | $2.48 | $2.70 |
| SUPPLEMENTAL | $0.04 | $0.04 | $0.04 | $0.04 | $0.04 | $0.04 | $0.04 |
| INT'L BRTHHD CARP (IBC) | $0.06 | $0.06 | $0.06 | $0.06 | $0.06 | $0.06 | $0.06 |
| N.Y.D.C.C. LABOR/MGT. | $0.10 | $0.10 | $0.15 | $0.15 | $0.20 | $0.20 | $0.20 |
| SUPPLEMENTAL PENSION |  |  |  |  | $1.00 | $1.00 | $1.00 |
| TOTAL FRINGES | $16.55 | $16.55 | $17.16 | $17.16 | $18.06 | $19.74 | $20.95 |