
## DRYWALL INDUSTRY PROMOTIONAL FUND OF NEW YORK

All employers covered by this Agreement shall contribute **ten ($.10) cents per hour** for every hour worked by the Employees of said Employers for work defined by this Agreement.

The Benefit Fund office of the District Council shall advise the Union and the **DRYWALL INDUSTRY PROMOTIONAL FUND OF NEW YORK** whenever an Employer shall be in default in the payment of contributions due to the **DRYWALL INDUSTRY PROMOTIONAL FUND OF NEW YORK.**

Each Employer shall be bound all the terms and conditions of the Agreement and Declaration of Trust by and between each signatory of this Agreement, creating the **DRYWALL INDUSTRY PROMOTIONAL FUND OF NEW YORK** and by all By-Laws adopted to regulate said Fund. The Trustees of said Fund shall secure the approval of the Treasury Department under the applicable provisions of the Internal Revenue Code, and shall amend the same if necessary to secure such approval, so as to qualify the Employer-contributions as deduction for Federal Income Tax purposes.

All Employer-contributions to the **DRYWALL INDUSTRY PROMOTIONAL FUND OF NEW YORK** shall be remitted with the stamp plan contributions for the Benefit Fund. The bank servicing the Benefit shall deliver such contributions to the **DRYWALL INDUSTRY PROMOTIONAL FUND OF NEW YORK**, after verify that the amount of each contribution has been correctly computed by the Employer.

The **DRYWALL INDUSTRY PROMOTIONAL FUND OF NEW YORK** shall reimburse the Carpenters Fringe Benefit Funds all expenses incurred by it for services rendered by it.

The Fund all payments thereunder may not be used for lobbying in support of anti-labor legislation and for any purpose contrary to the interest of the New York City District Council of Carpenters nor for subsidizing of any contractor during period of work stoppage of strikes.

There shall be established by this Agreement a Joint Review Committee, consisting of two (2) members appointed by the New York District Council of Carpenters, and two (2) members appointed by the Association of Wall-Ceiling & Carpentry Industries of New York Incorporated, whose duties among other things, should be to periodically review increase or decrease in the amount of the Surety Bonds as the case may be, or in the event of a default of the terms and

1

conditions of the Collective Bargaining Agreement by a Contractor, signatory to the Agreement, when engaged in Drywall Construction as defined in **Article III**, where a new, different, or additional Bond is required or necessary, and to perform such other duties and services as may serve to upgrade and maintain the standards of proficiency of Drywall Installation, and to create greater work opportunities for members of the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America.

**Employer:**   **K W CONSTRUCTION INC.**

**By:** _____ President
(Officer's Signature and Title)

**Date:** 8/26/99

2