# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

ANNA CHIAROLANZA, being duly sworn, deposes and says:

That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the 18th day of April, 2008, I served the within **DEFENDANTS' SUR-REPLY MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR AN ORDER OF ATTACHMENT** in the action The New York District Council of Carpenters et al. v. KW Construction Inc. et al., 07-CV-8008 (RJS) upon:

NICHOLAS HANLON, ESQ.
O'DWYER & BERNSTEIN, LLP
52 Duane Street
New York, New York 10007

by transmitting via facsimile (212) 571-7124 a true copy of the same to the offices listed above and by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
ANNA CHIAROLANZA

Sworn to before me this
18th day of April, 2008.

_____
Notary Public

RAQUEL A. WILLIAMS
Notary Public, State of New York
No. 02WI6072574
Qualified in Westchester County
My Commission Expires 04/02/2010