## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, I served the foregoing **DEFENDANTS' SUR-REPLY MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR AN ORDER OF ATTACHMENT** on Nicholas Hanlon, Esq. of O'Dwyer & Bernstein, LLP, Attorneys for the Plaintiffs, by electronic mail in the matter of <u>The New York District Council of Carpenters et al. v. KW Construction Inc. et al.</u>, 07-CV-8008 (RJS).

TRIVELLA, FORTE & SMITH, LLP

BY: CHRISTOPHER A. SMITH (CS 9014)
*Attorneys for the Defendants*
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
Telephone: (914) 949-9075