UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
WELFARE FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS VACATION
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS ANNUITY FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY            07-CV-08008 (RJS)
DISTRICT COUNCIL OF CARPENTERS
CHARITY FUND, by their Trustees Michael J.
Forde and Paul O'Brien, and NEW YORK CITY
AND VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION,

                            Plaintiffs,

    -against-

KW CONSTRUCTION INC., as Successor to K W
GENERAL CONTRACTOR, INC. and JOHN
WHYTE d/b/a KW CONSTRUCTION, INC., and
JOHN WHYTE, individually,

                            Defendants.
------------------------------------------------------------X

  SCOTT DANIELSON, declares as follows under penalty of perjury

pursuant to 28 U.S.C. 1746:

  1.  I am employed by the District Council of New York City and

Vicinity of the United Brotherhood of Carpenters and Joiners of America

("District Council") as the supervisor of the Out of Work List office, and I serve as a staff investigator on the District Council's Anti-Corruption Committee.

2. Annexed as Exhibit "12" is a true and correct copy of an affidavit of Bienvenido Rivera ("Rivera Affidavit") sworn to in my presence on May 22, 2007.

3. I am the custodian of the original affidavit from which the annexed copy was made, and said affidavit is maintained by my office in the ordinary course of business of the Anti-Corruption Committee.

4. The Rivera Affidavit was obtained in the course of an investigation I conducted in my capacity as a staff investigator for the District Council's Anti-Corruption Committee.

5. Bienvenido Rivera read and signed the annexed affidavit in my presence, and I notarized his signature.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 14, 2008

SCOTT DANIELSON