| | | |
|---|---|---|
| FRANK DURKAN<br>BRIAN O'DWYER<br>GARY SILVERMAN<br>CHRISTOPHER DOWNES*<br>VICTOR GRECO<br>CODY K. M<sup>c</sup>CONE<br><br>GARY P. ROTHMAN*<br>STEVEN ARIPOTCH<br>J. P. DELANEY<br>DAVID H. SCHULTZ**<br>MICHAEL CARROLL**<br>RAÚL GARCÍA<br>ANGELIQUE NYE<br>GWENDOLYN COYLE<br>DONNA A. CANFIELD<br>ROBERT DUNNE<br>JASON S. FUIMAN<sup>▲</sup><br>STEVEN C. KASARDA<br>ANDREW R. GRABOIS<sup>‡</sup> | **O'DWYER & BERNSTIEN, LLP**<br>ATTORNEYS AT LAW<br>PAUL O'DWYER WAY<br>52 DUANE STREET<br>NEW YORK, N.Y. 10007<br>(212) 571-7100<br>(516) 248-4224<br>FAX (212) 571-7124<br><br> | PAUL O'DWYER (1907-1998)<br>OSCAR BERNSTIEN (1885-1974)<br><br>OF COUNSEL:<br>THOMAS J. HUGHES, JR.<br>ANNE M. PAXTON<br><br>* ALSO ADMITTED IN NJ<br>** ALSO ADMITTED IN CT<br><sup>▲</sup> ALSO ADMITTED IN PA & NJ<br><sup>‡</sup> J.D. NOT ADMITTED<br><br>WRITER'S DIRECT DIAL |

February 9, 2005

Certified Mail-RRR #70041160000162633620
Regular First Class Mail

John Whyte
7 Delano Avenue
Yonkers, New York 10704

    Re:    NYC District Council of Carpenters Arbitration Award

Dear Mr. Whyte:

    We represent the New York City District Council of Carpenters. Enclosed please find the Arbitrator's Award which has been issued against your company.

    If you do not comply with this Award within seven (7) days of this letter, we have been authorized by the District Council to take all legal steps necessary for its enforcement. The District Council may also recommend the removal of all members from all of the company's job sites.

    You may send your checks for the payments required by the Award to the undersigned and we will see to their proper distribution.

    Please feel free to contact me if you have any questions concerning this matter.

                                        Very truly yours,

                                        O'DWYER & BERNSTIEN, LLP

                        By:    *Jason Fuiman (yr)*
                                      JASON FUIMAN

JF/yr
Enc.