

*450980052DEDM*

| Control Number | WIID Number | Instrument Type |
|---|---|---|
| 450980052 | 2005098-000015 | DED |



**WESTCHESTER COUNTY RECORDING AND ENDORSEMENT PAGE**
(THIS PAGE FORMS PART OF THE INSTRUMENT)
*** DO NOT REMOVE ***

THE FOLLOWING INSTRUMENT WAS ENDORSED FOR THE RECORD AS FOLLOWS:

TYPE OF INSTRUMENT  DED - DEED
FEE PAGES  5           TOTAL PAGES  5

| RECORDING FEES | |
|---|---|
| STATUTORY CHARGE | $6.00 |
| RECORDING CHARGE | $15.00 |
| RECORD MGT. FUND | $19.00 |
| RP 5217 | $75.00 |
| TP-584 | $5.00 |
| CROSS REFERENCE | $0.00 |
| MISCELLANEOUS | $0.00 |
| TOTAL FEES PAID | $120.00 |

| TRANSFER TAXES | |
|---|---|
| CONSIDERATION | $0.00 |
| TAX PAID | $0.00 |
| TRANSFER TAX # | 17615 |

RECORDING DATE     04/26/2005
         TIME     09:07:00

| MORTGAGE TAXES | |
|---|---|
| MORTGAGE DATE | |
| MORTGAGE AMOUNT | $0.00 |
| EXEMPT | |
| COUNTY TAX | $0.00 |
| YONKERS | $0.00 |
| BASIC | $0.00 |
| ADDITIONAL | $0.00 |
| SUBTOTAL | $0.00 |
| MTA | $0.00 |
| SPECIAL | $0.00 |
| TOTAL PAID | $0.00 |

SERIAL NUMBER
DWELLING
        THE PROPERTY IS SITUATED IN
WESTCHESTER COUNTY, NEW YORK IN THE:

TOWN OF NEW CASTLE

WITNESS MY HAND AND OFFICIAL SEAL
*Leonard N. Spano* (signature)
LEONARD N. SPANO
WESTCHESTER COUNTY CLERK

Record & Return to:
WIEDER & WIEDER
819 YONKERS AVENUE

YONKERS, NY 10704

C-1031-W

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 7th day of March, in the year two thousand and five

BETWEEN
    JOHN WHYTE and NASHEEMA WHYTE, his wife,

residing at 225 Millwood Road, Chappaqua, New York 10514

party of the first part, and
    NASHEEMA WHYTE,

residing at 225 Millwood Road, Chappaqua, New York 10514

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SEE ATTACHED SCHEDULE A

Being and intended to be the same premises as conveyed to the party of the first part by deed dated October 31, 2003 and recorded in the Westchester County Clerk's Office, Division of Land Records on April 7, 2004 in Control No. 440690524.

Together with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof;
Together with the appurtenances and all the estate and rights of the party of the first part in and to said premises; To Have And To Hold the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.
And the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
And the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the Improvement and will apply the same first to the payment of the cost of the improvement for using any part of the total of the same for any purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
In Witness Whereof, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____          _____
Witness                             JOHN WHYTE

                                    _____
                                    NASHEEMA WHYTE

STATE OF New York, COUNTY OF Westchester ss:

On March 7, 2005, before me, the undersigned, personally appeared
JOHN WHYTE and NASHEEMA WHYTE
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person on behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

John A. Wieder
Notary Public, State of New York
No. 02WI5015082
Qualified in Westchester County
Commission Expires July 12, 2007

State, District of Columbia, Territory, Possession, or Foreign Country, ss:

On the        day of        in the year        , before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the .(Insert the city or other political subdivision and the state or country or other place the acknowledgment was taken).

_____
Signature and Office of individual
taking acknowledgment

---

**Bargain and Sale Deed**
With Covenant Against Grantor's Acts

Title No. C1031-U

JOHN WHYTE and NASHEEMA WHYTE, his wife

TO

NASHEEMA WHYTE

Section: 81.18
Block: 2
Lot: 26
Town or County: NEW CASTLE/WESTCHESTER
225 MILLWOOD ROAD
CHAPPAQUA, NEW YORK 10514

Record and Return to:

WIEDER & WIEDER
819 Yonkers Avenue
Yonkers, New York 10704

RESERVE THIS SPACE FOR RECORDING OFFICE