BIENVENIDO RIVERA
520 ISHAM ST, APT 43B
NEW YORK, NY 10034



# NYCDC INVESTIGATIVE INTERVIEW
395 HUDSON STREET NEW YORK, NY 10014
ANTI-CORRUPTION DIVISION

COMPANY NAME __KW__   CODE# __WALKIN__

CASE # _____   RT# _____   INTERVIEW SUMMONS# _____

MEMBER NAME __Bienvenido Rivera__   LOCAL __608__

UBC II
ADDR) BIENVENIDO RIVERA
520 ISHAM ST, APT 43B
NEW YORK, NY 10034

INT DATE _____

HOME PHONE# __212-569-5136__   CELL PHONE# __NONE__
DATE OF INTERVIEW __5-22-07__   COMPANY CELL _____
INTERVIEWER __DANIELSEN__   INTERVIEWER __B. OFRAMY__
INTERVIEWER __KANE__   INTERVIEWER _____

JOB SITE LOCATION _____

WHAT TYPE OF JOB   ☐ PRIVATE   ☐ PREVAILING WAGE

NAME OF AGENCY _____

NAME OF GENERAL CONTRACTOR _____

IS MEMBER A SHOP STEWARD?  ☒ YES   ☐ NO

MEMBER'S ROLE __ON SITE__

SWORN STATEMENT: ☒ YES   ☐ NO   ☐ REFUSED

START TIME __6:42 PM__   END TIME __7:25 PM__

FOR OFFICIAL USE ONLY
CONFIDENTIAL

Page 1 of 2

NEW YORK DISTRICT COUNCIL
395 HUDSON STREET
NEW YORK, NY 10014

# AFFIDAVIT

STATE OF NEW YORK)
           )ss.
County of New York)

I, BIENVENIDO RIVERA, being duly sworn, depose and state:
(DEPONENT)

I, BIENVENIDO RIVERA, As A Member of The Carpenters Union Make The Following Allegations Of Fact:

I am asking Bernie to write this statement. I worked for KW Construction in June 2003 at the Bronx High School of Law. I was the Shop Steward sent off the List. John Whyte, the owner to keep men off the sheet and to work overtime for cosh. I worked Saturday, Sunday and nights off the books and he gave me $50.00 a man to keep off the sheet. There was 4 men I kept off the sheet. All 9 of us worked the overtime. I knew this was wrong, but I did it for the money.

One other time in 2005 the owner of Tim's Hardwood Floor gave me 2 checks

The foregoing factual allegations are based upon personal knowledge of the deponent. It is a crime, punishable as a class a misdemeanor under the law of the state of New York, for a person, in and by a written instrument, to knowingly make a false statement which such person does not believe to be true.

(SIGNATURE)

SCOTT C DANIELSON
Notary Public - State of New York
NO. 01DA6061242
Qualified in Orange County
Certificate Filed New York County
My Commission Expires July 16, 2007

SUBSCRIBED AND SWORN TO (AFFIRMED) BEFORE ME
THIS 22 DAY OF MAY, 2007

(NOTARY PUBLIC)

NEW YORK DISTRICT COUNCIL
395 HUDSON STREET
NEW YORK, NY 10014

# AFFIDAVIT

STATE OF NEW YORK)
                )ss.
County of New York)

BIENVENIDO RIVERA, being duly sworn, depose and state:
(DEPONENT)

I, BIENVENIDO RIVERA, As A Member of The Carpenters Union Make The Following Allegations Of Fact:

OF $300.00 ~~TO B/K~~ B.R EACH to Keep 2 MEN OFF The Shop Steward Reports. I Read This Statement Out Loud AND I Understand it

B.R

The foregoing factual allegations are based upon personal knowledge of the deponent. It is a crime, punishable as a class a misdemeanor under the laws of the state of New York, for a person, in and by a written instrument, to knowingly make a false statement which such person does not believe to be true.

(SIGNATURE)

SCOTT C DANIELSON
Notary Public - State of New York
NO. 01DA6061242
Qualified in Orange County
Certificate Filed New York County
My Commission Expires July 16, 2007

SUBSCRIBED AND SWORN TO (AFFIRMED) BEFORE ME THIS ___ DAY OF _MM_, 20_07_

(NOTARY PUBLIC)