AFFIDAVIT OF SERVICE UPON A CORPORATION                           N

|  |  |
|---|---|
| U S District COURT OF THE STATE OF NEW YORK<br>COUNTY OF Southern | INDEX # 05CV4021<br>DATE PURCHASED<br>WAS ENDORSED ON<br>THE DOCUMENT SERVED |

The New York City District Council Of Carpenters Pension
Fund New York City District Council Of Carpenters Etc

ODWYER & BERNSTEIN
52 Duane St
NEW YORK
NY 10007

- against -

Kw Construction Inc                                           (212) 571-7100

Atty File #              Record # 64675          File # 51

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Robert A Winckelmann Lic#971194 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 04/27/05 at 11:07 am at 4235 Katonah Avenue 2nd Fl Bronx Ny 10470
deponent served the within Summons & Complaint And Judges Rules
by personally delivering to and leaving with "Jane" Otade
for Kw Construction Inc
a true copy thereof, and that deponent knew the person so served
to be the Office-Manager and stated (s)he was authorized to
accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 40 Years  Approx Weight: 155 Lbs.  Approx Height: 5'6
Sex: Female   Color of Skin: White    Color of Hair: Blonde
Other:

Sworn to before me this 04/29/05
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York                Robert A Winckelmann Lic#971194
Nassau County, Commission Expires 08/22/06

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812