


Account: 9716175 Check: 1170 Amount: $25,000.00     Account: 9716175 Check: 1170 Amount: $25,000.00




Account: 9716175 Check: 1178 Amount: $2,600.00     Account: 9716175 Check: 1178 Amount: $2,600.00




Account: 9716175 Check: 1185 Amount: $270.42     Account: 9716175 Check: 1185 Amount: $270.42

http://briimgwv1/inquiry/servlet/inquiry                                       DCF_KW 02215
                                                                               5/10/2007