# ADMINISTRATION FORM

## MUST BE COMPLETED TO EFFECTUATE AGREEMENT

NAME OF FIRM .... KW Construction Inc

ADDRESS .... 4235 Katonah Ave Bronx NY

TELEPHONE # 718 325 0967  FAX# 718 994 7098

CELL# 917 952 5107  BEEPER # ---

WORKERS COMPENSATION INSURANCE C/ 05/30/01  ZUNY

POLICY # 1201566-5 DOINT MA-1

EMPLOYER FEDERAL IDENTIFICATION NUMBER 13-3793714

AS THE PRINCIPAL, OFFICER, STOCKHOLDER, PARTNER, OR OWNER ARE YOU **OPERATING OR HAVE OPERATED** A BUSINESS SIMILAR TO THE JURISDICTION OF THE WORK THAT IS LISTED IN THE AGREEMENT YOU ARE ABOUT TO SIGN

❏ NO   ☒ YES NAME OF BUSINESS .... KW Construction

SIGNATURE ................................

## CORPORATION

IS CORPORATION INCORPORATED UNDER THE LAWS OF NEW YORK STATE?  ☒ YES ❏ NO
IS CORPORATION LICENSED TO DO BUSINESS IN NEW YORK STATE?  ☒ YES ❏ NO
IS CORPORATION REGISTERED AS **M W B E** ? ❏ YES ☒ NO   OR **L B E**  ❏ YES ☒ NO

| OFFICER'S NAMES | TITLE | SOCIAL SECURITY # | HOME ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|---|
| 1. John Whyte | Owner | 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 | 7 Delano Ave Yonkers N.Y | 917 9525107 |
| 2. | | | | |
| 3. | | | | |

| STOCKHOLDER'S NAMES | SOCIAL SECURITY # | HOME ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

Commercial
Residential

4235 Katonah Ave.
Bronx, NY 10470

## TNERSHIP

| | | HOME ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|
| PAF | | | |
| 1. | | | |
| 2. | | | |

**KW CONSTRUCTION INC.**

JOHN WHYTE

Tel. (718) 325-0967
Fax (718) 994-7098

## SOLE PROPRIETORSHIP

## COLLECTIVE BARGAINING AGREEMENT PREPERATION FORM

Interview Date  11/22/91  By ____

PRINCIPAL CROSS CHECK   Yes [ ]   No [ ]   By ____

EMPLOYER  KW General Contractor   ACCOUNT NO. 1-14339
ADDRESS   29 Plymouth Ave   FED. I.D. ____
          Yonkers   NY   ZIP CODE 10710   TELE # 914-779-9425

Name of person being interviewed  John Whyte   Title  Partner
Type of Construction  Sheetrocking
Average No. of Carpenters  3-4   Other Trades ____

Do Principals work at trade?   Yes [ ]   No [X]
Name ____   Soc.Sec.# ____
Name ____   Soc.Sec.# ____
Name ____   Soc.Sec.# ____

Member/Employer Addendum   Yes [ ]   No [X]   Effective Date ____
Present Job Location  Pierre Hotel

Previous Agreement  None   Thru ____   Type ____
                          Thru ____   Type ____
                          Thru ____   Type ____
                          Thru ____   Type ____

Promotional Fund Contributed to  Drywall

Type of Agreement(s) being prepared  Ind. Bylaws Const.   Effective Date 11/22/91
                                                          Effective Date ____
                                                          Effective Date ____
                                                          Effective Date ____

Stamps purchased thru  New Acct   Open Audit Bal ____   Audit thru ____

REMARKS  All forms to be reviewed.

O.K. M. Dwyer

* * * * * * * * * * * * * * * * * * * *

TO BE COMPLETED BY DISTRICT COUNCIL