## AMENDED AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

ANNA CHIAROLANZA, being duly sworn, deposes and says:

That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the 25th day of March, 2008, I served the within **DECLARATION OF JOHN WHYTE AND DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO THE PLAINTIFFS' MOTION FOR AN ORDER OF ATTACHMENT** in the action The New York District Council of Carpenters et al. v. KW Construction Inc. et al., 07-CV-8008 (RJS) upon:

NICHOLAS HANLON, ESQ.
O'DWYER & BERNSTEIN, LLP
52 Duane Street
New York, New York 10007

by facsimile to (212) 571-7124.

*Anna Chiarolanza*
ANNA CHIAROLANZA

Sworn to before me this
26th day of March, 2008.

_____
Notary Public

ATHENA TRUIANO
Notary Public, State of New York
No. 01TR5075427
Qualified in Westchester County
Commission Expires March 31, 2011