UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, *et al.*,

                               Plaintiffs,

-v-

KW CONSTRUCTION, INC., as Successor
to KW GENERAL CONTRACTOR, INC.,
and JOHN WHYTE, d/b/a KW
CONSTRUCTION, INC., and JOHN
WHYTE, individually,

                               Defendants.

No. 07 Civ. 8008 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated May 16, 2008, plaintiffs seek, on consent of defendants, to extend the discovery deadline from May 31, 2008 to June 30, 2008.

IT IS HEREBY ORDERED that plaintiffs' request is GRANTED. All discovery in this case shall be completed by June 30, 2008.

IT IS FURTHER ORDERED that the post-discovery status conference previously scheduled for June 6, 2008 is ADJOURNED to July 10, 2008 @ 9:30 AM.

SO ORDERED.

DATED:    New York, New York
              May 20, 2008

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE