UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, *et al.*,

                Plaintiffs,

-v-

KW CONSTRUCTION, INC., as Successor
to KW GENERAL CONTRACTOR, INC.,
and JOHN WHYTE, d/b/a KW
CONSTRUCTION, INC., and JOHN
WHYTE, individually,

                Defendants.

No. 07 Civ. 8008 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

    At the conference held before the Court on July 10, 2008, the Court adopted the following directives:

    By July 25, 2008, the parties shall jointly submit a proposed amended case management plan and scheduling order.

    By August 11, 2008, plaintiffs shall file an amended complaint in this action that incorporates plaintiffs' claims asserted in a related action, No. 08 Civ. 387. By that date, plaintiffs should also submit a letter to the Court regarding their intention to voluntarily dismiss their claims in the related action.

SO ORDERED.

DATED:    New York, New York
                July 10, 2008

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE