```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**The New York City District Council of Carpenter's Pension Fund**
                                    **Plaintiff,**

-v-

**KW Construction, Inc.**
                                    **Defendant.**

Case No. 07-CV-08008(RJS)(DCF)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement*-

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   Aug 5, 2008
         New York, New York

                                    _____
                                    Richard J. Sullivan
                                    United States District Judge