UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, *et al.*,

             Plaintiffs-Petitioners,

-v-

KW CONSTRUCTION, INC., JOHN
WHYTE d/b/a KW CONSTRUCTION, INC.,
JOHN WHYTE, individually, NASHEEMA
RAMJOHN, and WASHINGTON MUTUAL
BANK, FA,

             Defendants-Respondents.

No. 07 Civ. 8008 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      On July 9, 2009, the Court conducted a telephone conference regarding the parties' dispute over the length of the deposition of Defendant John Whyte. For the reasons stated on the record at the conference, IT IS HEREBY ORDERED THAT, prior to the close of discovery on July 15, 2009, Plaintiff shall be permitted an additional four hours to complete the deposition of John Whyte.

      IT IS FURTHER ORDERED THAT, pursuant to the February 26, 2009 Case Management Plan and Scheduling Order and Rule 2.A of my Individual Practices, all pre-motion letters regarding any contemplated motions shall be submitted by July 30, 2009. The Court will conduct the post-discovery conference, as scheduled, on August 13, 2009.

SO ORDERED.

DATED:    July 9, 2009
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE