UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, *et al.*,

                Plaintiffs-Petitioners,

-v-

KW CONSTRUCTION, INC., JOHN
WHYTE d/b/a KW CONSTRUCTION, INC.,
JOHN WHYTE, individually, NASHEEMA
RAMJOHN, and WASHINGTON MUTUAL
BANK, FA,

                Defendants-Respondents.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/09

No. 07 Civ. 8008 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the September 23, 2009 letter of JPMorgan Chase Bank, submitted in its capacity as acquirer of certain assets and liabilities of Defendant-Respondent Washington Mutual Bank. The letter requests permission for JPMorgan Chase to be exempted from having to appear at the September 24, 2009 pre-motion conference. The request is hereby GRANTED.

SO ORDERED.

DATED:      September 23, 2009
               New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE